```
 1  Roger G. Perkins, Esq., CSB #86617
    Rperkins@mpplaw.com
 2  Angela Kim, Esq., CSB #216374
    Akim@mpplaw.com
 3  MORRIS POLICH & PURDY LLP
    501 West Broadway, Suite 500
 4  San Diego, California 92101
    Telephone: (619) 557-0404
 5  Facsimile:  (619) 557-0460

 6  Robert S. Mallin, Illinois Bar No. 6205051
    Rmallin@brinkshofer.com
 7  Brinks Hofer Gilson & Lione
    NBC Tower, Suite 3600
 8  455 North Cityfront Plaza Drive
    Chicago, IL 60611-5599
 9  Telephone: (312) 321-4221
    Facsimile:  (312) 321-4299
10  Attorneys for Defendant One World Technologies, Inc.

11

    Melody A. Kramer, Esq. CSB #169984
12  Mak@kramerlawip.com
    Kramer Law Office, Inc.
13  9930 Mesa Rim Road, Suite 1600
    San Diego, CA 92121
14  619/993-0874
    Attorney for Plaintiff
15
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>EMERSON ELECTRIC CO., a Missouri corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio corporation; RIDGID, INC., a Delaware corporation; and DOES 1-100<br><br>Defendants. | CASE NO. 3:08-cv-00060-BTM-CAB<br><br>**JOINT MOTION AND STIPULATION TO EXTEND DEADLINE FOR DEFENDANT ONE WORLD TECHNOLOGIES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Hon. Barry Ted Moskowitz] |

On January 10, 2008, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") filed a Complaint for Patent Infringement against Emerson Electric Co., a Missouri corporation; One World Technologies, Inc., a Delaware corporation; Ridge Tool Company, an Ohio corporation; Ridgid, Inc., a Delaware corporation, in the United States District Court for the Southern District of California, Case No. 3:08-cv-00060-BTM-CAB (Exhibit "A").

According to Plaintiff, Defendant One World Technologies, Inc.'s response to the Complaint for Patent Infringement (Exhibit "A"), is due on February 22, 2008. Plaintiff has agreed to extend the deadline for Defendant One World Technologies, Inc. to respond to Plaintiff's Complaint from February 22, 2008 to March 5, 2008.

## STIPULATION

Plaintiff and Defendant One World Technologies, Inc., by and through their respective counsel, hereby stipulate to and jointly move the Court to extend deadline for Defendant One World Technologies, Inc. to respond to Plaintiff's Complaint for Patent Infringement from February 22, 2008 to March 5, 2008.

The parties have authorized electronic signatures for purposes of this Joint Motion.

IT IS SO STIPULATED.

Date: February 12, 2008                           MORRIS POLICH & PURDY, LLP


                                          By:    s/Roger G. Perkins
                                                 Attorneys for Defendant
                                                 ONE WORLD TECHNOLOGIES, INC.
                                                 Rperkins@mpplaw.com

Date: February12, 2008


                                          By:    s/Melody A. Kramer
                                                 Attorney for Plaintiff JENS ERIK SORENSEN,
                                                 as Trustee of SORENSEN RESEARCH AND
                                                 DEVELOPMENT TRUST
                                                 Mak@kramerlawip.com

SD017448.DOC

-2-

*Jens Erik Sorensen v. Emerson Electric Co., et al.*
U.S. District Court, Southern District, CASE NO. 3:08-cv-00060-BTM-CAB

## CERTIFICATE OF SERVICE

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 501 West Broadway, Suite 500, San Diego, California 92101-3544.

On February 12, 2008, I served a copy of the foregoing document(s) entitled: **JOINT MOTION AND STIPULATION TO EXTEND DEADLINE FOR DEFENDANT ONE WORLD TECHNOLOGIES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** to all parties in this action.

**SEE SERVICE LIST**

| | |
|---|---|
| Robert S. Mallin, Illinois Bar No. 6205051<br>Rmallin@brinkshofer.com<br>Brinks Hofer Gilson & Lione<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599<br>Telephone: (312) 321-4221<br>Facsimile:    (312) 321-4299 | **Attorneys for Defendant One World Technologies, Inc.**<br><br>**(SERVICE BY MAIL)** |
| Melody A. Kramer, Esq. CSB #169984<br>Mak@kramerlawip.com<br>Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, CA 92121<br>619/993-0874 | **Attorney for Plaintiff** |
| J. J. Michael Kaler, Esq.<br>michael@kalerlaw.com<br>9930 Mesa Rim Road, Suite 200<br>San Diego, California 92121<br>858/362-3151 | **Attorney for Plaintiff** |

☒ **ELECTRONIC FILING**

☒ **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 12, 2008, at San Diego, California.

_____
NANCY DAVIS

**PROOF OF SERVICE**
3:08-cv-00060-BTM-CAB

SD017451