1  Roger G. Perkins, Esq., CSB #86617
   Rperkins@mpplaw.com
2  Angela Kim, Esq., CSB #216374
   Akim@mpplaw.com
3  MORRIS POLICH & PURDY LLP
   501 West Broadway, Suite 500
4  San Diego, California 92101
   Telephone: (619) 557-0404
5  Facsimile:  (619) 557-0460

6  Robert S. Mallin, Esq. ISB# 6205051
   Rmallin@brinkshofer.com
7  Brinks Hofer Gilson & Lione
   NBC Tower, Suite 3600
8  455 North Cityfront Plaza Drive
   Chicago, IL 60611-5599
9  Telephone: (312) 321-4221
   Facsimile:  (312) 321-4299
10
   Attorneys for Defendant One World Technologies, Inc.
11

12                    UNITED STATES DISTRICT COURT

13                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>EMERSON ELECTRIC CO., a Missouri corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio corporation; RIDGID, INC., a Delaware corporation; and DOES 1-100<br><br>Defendants. | CASE NO. 3:08-cv-00060-BTM-CAB<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR ONE WORLD TECHNOLOGIES, INC.**<br><br>[Hon. Barry Ted Moskowitz] |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ONE WORLD TECHNOLOGIES, INC., a Delaware corporation. in the above-captioned action make the following disclosure:

Defendant One World Technology, Inc. is a wholly owned subsidiary of Techtronic Industries North America, Inc. ("TTINA"). TTINA is subsidiary of Techtronic Industries Co. Ltd which is publicly traded on the Hong Kong stock exchange.

Date: February 12, 2008    MORRIS POLICH & PURDY, LLP

By:    s/Roger G. Perkins
Attorneys for Defendant
ONE WORLD TECHNOLOGIES, INC.
Rperkins@mpplaw.com

SD017439.DOC

*Jens Erik Sorensen v. Emerson Electric Co., et al.*
U.S. District Court, Southern District, CASE NO. 3:08-cv-00060-BTM-CAB

## CERTIFICATE OF SERVICE

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 501 West Broadway, Suite 500, San Diego, California 92101-3544.

On February 12, 2008, I served a copy of the foregoing document(s) entitled: **RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR ONE WORLD TECHNOLOGIES, INC.** to all parties in this action.

### SEE SERVICE LIST

| | |
|---|---|
| Robert S. Mallin, Illinois Bar No. 6205051<br>Rmallin@brinkshofer.com<br>Brinks Hofer Gilson & Lione<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599<br>Telephone: (312) 321-4221<br>Facsimile:   (312) 321-4299 | **Attorneys for Defendant One World Technologies, Inc.**<br><br>**(SERVICE BY MAIL)** |
| Melody A. Kramer, Esq. CSB #169984<br>Mak@kramerlawip.com<br>Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, CA 92121<br>619/993-0874 | **Attorney for Plaintiff** |
| J. J. Michael Kaler, Esq.<br>michael@kalerlaw.com<br>9930 Mesa Rim Road, Suite 200<br>San Diego, California 92121<br>858/362-3151 | **Attorney for Plaintiff** |

☒ **ELECTRONIC FILING**

☒ **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 12, 2008, at San Diego, California

_____
NANCY DAVIS

PROOF OF SERVICE
3:08-cv-00060-BTM-CAB

SD017451