AO 440 (Rev. 8/01) Summons in a Civil Action

COPY

# UNITED STATES DISTRICT COURT

Southern      District of      California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH
AND DEVELOPMENT TRUST,

V.

EMERSON ELECTRIC CO., a Missouri corporation; ONE
WORLD TECHNOLOGIES, INC., a Delaware corporation;
RIDGE TOOL COMPANY, an Ohio CORPORATION;
RIDGID, INC., a Delaware Corporation; And
DOES 1-100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:     '08 CV 0060 BTM CAB

TO: (Name and address of Defendant)

Ridge Tool Company
CT Corporation System
1300 East Ninth Street
Cleveland, Ohio 44114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
858-362-3150

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                    JAN 1 0 2008

CLERK                                      DATE


P. DEL CRUZ
(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 14, 2008 |
| NAME OF SERVER (PRINT) Melody A. Kramer | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mailed via Certified Mail to the following address: 1300 East Ninth Street, Cleveland, OH 44114

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL $0.00 | | SERVICES $6.45 | | TOTAL $6.45 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/13/2008
            Date            Signature of Server

9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



American LegalNet, Inc.
www.FormsWorkflow.com