**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WILMINGTON DE 19801

| | |
|---|---|
| Postage | $ $1.65 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.45 |

Postmark: SAN DIEGO CA SORRENTO VALLEY STA JAN 14 2008 USPS

Sent To: Ridgid, Inc. The Corp Trust Co.
Street, Apt. No.; or PO Box No.: 1209 Orange Street
City, State, ZIP+4: Wilmington, DE, 19801

Article Number: 7001 0320 0004 3020 1540

PS Form 3800, January 2001 — See Reverse for Instructions

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Ridgid, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

4a. Article Number: 7001 0320 0004 3020 1540

4b. Service Type:
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery: JAN 18 2008

5. Received By: (Print Name)

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X [signature]

PS Form 3811, December 1994        102595-98-B-0229        Domestic Return Receipt