

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WILMINGTON DE 19808

| | |
|---|---|
| Postage | $ $1.65 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.45 |

Postmark Here — JAN 18 2008 — SAN DIEGO CA 92121 USPS

Sent To One World Technologies, Inc.
Corporation Service Company
Street, Apt. No. or PO Box No. 2711 Centerville Rd., Suite 400
City, State, ZIP+4 Wilmington, DE 19808

7001 0320 0004 3020 1502

PS Form 3800, January 2001      See Reverse for Instructions

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

One World Technologies, Inc.
Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

4a. Article Number

7001 0320 0004 3020 1502

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X  Laura Cooper

PS Form **3811,** December 1994      102595-98-B-0229      Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.