# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORSENSEN, As Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>EMERSON ELECTRIC CO., a Missouri corporation: ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio corporation; RIDGID, INC., a Delaware corporation; and DOES 1-100<br><br>Defendants. | CASE NO. 3:08-cv-00060-BTM-CAB<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANT ONE WORLD TECHNOLOGIES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Hon. Barry Ted Moskowitz] |

Pursuant to stipulation by the parties and good cause appearing therefore, the Court hereby grants Plaintiff and Defendant One World Technologies, Inc.'s Joint Motion to extend the deadline for Defendant One World Technologies, Inc.'s to respond to Plaintiff's complaint from February 22, 2008 to March 5, 2008.

IT IS SO ORDERED.

Dated:   February 13, 2008

_____
Honorable Barry Ted Moskowitz
Judge of the United States District Court

SD017442.DOC

---

**ORDER**
**3:08-CV-00060-BTM-CAB**