ORLANDO F. CABANDAY (SBN 168131)
RYAN R. JIKE (SBN 199537)
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA  90292
Telephone:  (310) 305-2100
Facsimile: (310) 305-2116
ocabanday@hgla.com

Attorneys for Defendants,
EMERSON ELECTRIC CO.,
RIDGE TOOL CO., and RIDGID, INC.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>EMERSON ELECTRIC CO., a Missouri corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio corporation; RIDGID, INC., a Delaware corporation; and DOES 1 – 100<br><br>　　　　　　　　　Defendants. | CASE NO.:   08-CV-0060 BTM CAB<br>Assigned to:   Hon. Barry Ted Moskowitz<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS EMERSON ELECTRIC CO., RIDGE TOOL CO., AND RIDGID, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed:      January 10, 2008 |

On January 10, 2008, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") filed a Complaint for Patent Infringement against Emerson Electric Co., a Missouri corporation; One World Technologies, Inc., a Delaware corporation; Ridge Tool Company, an Ohio corporation; Ridgid, Inc., a Delaware corporation, in the United States District Court for the Southern District of California, Case No. 3:08-cv-00060-BTM-CAB (Exhibit "A").

1

According to Plaintiff, Defendants Emerson Electric Co.; Ridge Tool Co. and Ridgid, Inc.'s responses to the Complaint for Patent Infringement (Exhibit "A"), is due on February 28, 2008.  Plaintiff has agreed to extend the deadline for **Defendants Emerson Electric Co.; Ridge Tool Co. and Ridgid, Inc.** to respond to Plaintiff's Complaint from February 28, 2008 to March 5, 2008.

## STIPULATION

Plaintiff and **Defendants Emerson Electric Co.; Ridge Tool Co. and Ridgid, Inc.**, by and through their respective counsel, hereby stipulate to and jointly move the Court to extend deadline for Defendants Emerson Electric Co.; Ridge Tool Co. and Ridgid, Inc. to respond to Plaintiff's Complaint for Patent Infringement from February 28, 2008 to **March 5, 2008**.

The parties have authorized electronic signatures for purposes of this Joint Motion.

IT IS SO STIPULATED.

DATED:  February 26, 2008                HENNELLY & GROSSFELD LLP

By:      / s /
ORLANDO F. CABANDAY
Attorneys for Defendants,
EMERSON ELECTRIC CO.,
RIDGE TOOL CO., and RIDGID, INC.

DATED:  February 26, 2008

By:      / s /
Melody A. Kramer, Esq.
Attorney for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST