# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>EMERSON ELECTRIC CO., a Missouri corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio corporation; RIDGID, INC., a Delaware corporation; and DOES 1 – 100<br><br>　　　　　　　　　　　Defendants. | CASE NO.:   08-CV-0060 BTM CAB<br>Assigned to:  Hon. Barry Ted Moskowitz<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS EMERSON ELECTRIC CO., RIDGE TOOL CO., AND RIDGID, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed:     January 10, 2008 |

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Pursuant to stipulation by the parties and good cause appearing therefore, the
2  Court hereby grants Plaintiff and Defendants Emerson Electric Co., Ridge Tool Co.
3  and Ridgid, Inc.'s Joint Motion to extend the deadline for Defendants Emerson
4  Electric Co., Ridge Tool Co. and Ridgid, Inc. to respond to Plaintiff's complaint
5  from February 28, 2008 to March 5, 2008.
6  IT IS SO ORDERED.

9  Dated: February 29, 2008        _____
                                   HONORABLE BARRY TED MOSKOWITZ
10                                 Judge of the United States District Court