

ORLANDO F. CABANDAY (SBN 168131)
RYAN R. JIKE (SBN 199537)
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA  90292
Telephone:  (310) 305-2100
Facsimile: (310) 305-2116
ocabanday@hgla.com

Attorneys for Defendants,
EMERSON ELECTRIC CO.,
RIDGE TOOL CO., and RIDGID, INC.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | CASE NO.:   08-CV-0060 BTM CAB<br>Assigned to:   Hon. Barry Ted Moskowitz |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | Action Filed:        January 10, 2008 |
| EMERSON ELECTRIC CO., a Missouri corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio corporation; RIDGID, INC., a Delaware corporation; and DOES 1 – 100, | |
| Defendants. | |
| RIDGE TOOL COMPANY, an Ohio corporation; | |
| Counter-claimants, | |
| vs. | |
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | |
| Counter-defendants. | |

1

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 4640 Admiralty Way, Suite 850, Marina del Rey, California, 90292.

On March 5, 2008, I served the following document(s):

**EMERSON ELECTRIC CO.'S, RIDGE TOOL COMPANY'S, AND RIDGID INC.'S RESPONSE TO COMPLAINT FOR PATENT INFRINGEMENT AND AFFIRMATIVE DEFENSES AND RIDGE TOOL COMPANY'S COUNTERCLAIMS; JURY TRIAL DEMANDED**

on the interested parties in this action as indicated below or on the attached service list, together with this declaration, as follows:

### Attorneys for Plaintiff, JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

Melody A. Kramer
9930 Mesa Rim Rd., Suite 1600
San Diego, CA  92121
Tel:  (858) 362-3150
Fax:  (858) 225-0874
Email:  mak@kramerlawip.com

J. Michael Kaler
9930 Mesa Rim Rd., Suite 200
San Diego, CA  92121
Tel:  (858) 362-3151
Fax:  (858) 824-9073
Email:  michael@kalerlaw.com

### Attorneys for Defendant ONE WORLD TECHNOLOGIES, INC.

Roger G. Perkins
MORRIS POLICH & PURDY LLP
501 West Broadway, Suite 500
San Diego, California 92101
Tel: (619) 557-0404
Fax: (619) 557-0460
Email: rperkins@mpplaw.com

(X)  (By Electronic Service)   I did serve, via United States District Court, Southern District, Case Management/Electronic Case Filing System, a copy of the above - referenced document(s) to the interested parties at the appropriate e-mail addresses as listed above or on the attached service list.  A true and correct copy of the Notice(s) of Electronic Filing printout(s) showing the recipients, date and time in which it was sent, is attached hereto and incorporated herein by this reference.

(X)  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that foregoing is true and correct.

Executed on March 6, 2008, at Marina del Rey, California.

CYNTHIA FALL

2

Case No.:  08-CV-0060 BTM CAB

## Answers to Complaints

3:08-cv-00060-BTM-CAB Sorensen v. Emerson Electric Co. et al

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Cabanday, Orlando on 3/5/2008 at 4:11 PM PST and filed on 3/5/2008

**Case Name:**         Sorensen v. Emerson Electric Co. et al
**Case Number:**       3:08-cv-60
**Filer:**             Emerson Electric Co.
**Document Number:** 19

**Docket Text:**
ANSWER to Complaint with Jury Demand by Emerson Electric Co..(Cabanday, Orlando)

## 3:08-cv-60 Notice has been electronically mailed to:

Orlando Cabanday     ocabanday@hgla.com, cfall@hgla.com

James Michael Kaler     michael@kalerlaw.com, funlawguy@yahoo.com

Melody A Kramer     mak@kramerlawip.com, esbjork@gmail.com

Roger G Perkins     rperkins@mpplaw.com, Akim@mpplaw.com, Msanfilippo@mpplaw.com, Ndavis@mpplaw.com

## 3:08-cv-60 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=3/5/2008] [FileNumber=2458933-0]
[716ada5cc5b4b27289822328a28c490ef98c14334bf6ed86390c4eac0f6144beecb5
03d69ba9356ad2dca495fe8f8aa1d097044b9b58696104b20941bda826bb]]

**Answers to Complaints**

<u>3:08-cv-00060-BTM-CAB Sorensen v. Emerson Electric Co. et al</u>

## U.S. District Court

## Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Cabanday, Orlando on 3/5/2008 at 4:20 PM PST and filed on 3/5/2008

**Case Name:**        Sorensen v. Emerson Electric Co. et al
**Case Number:**      <u>3:08-cv-60</u>
**Filer:**            Ridgid, Inc.
**Document Number:** <u>22</u>

**Docket Text:**
ANSWER to Complaint with Jury Demand by Ridgid, Inc..(Cabanday, Orlando)

**3:08-cv-60 Notice has been electronically mailed to:**

Orlando Cabanday      ocabanday@hgla.com, cfall@hgla.com

James Michael Kaler    michael@kalerlaw.com, funlawguy@yahoo.com

Angela Kim      akim@mpplaw.com, ndavis@mpplaw.com

Melody A Kramer      mak@kramerlawip.com, esbjork@gmail.com

Roger G Perkins      rperkins@mpplaw.com, Akim@mpplaw.com, Msanfilippo@mpplaw.com, Ndavis@mpplaw.com

**3:08-cv-60 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=3/5/2008] [FileNumber=2458977-0]
[a41327d759a339565ce4996241d2f2d3ac02864e76796947231a5f01666d4efcce43
d2bb3f7bb9b14402c63a3a1a112ccdc9c26671a81b07f9afb7ec826f1736]]

# Answers to Complaints
3:08-cv-00060-BTM-CAB Sorensen v. Emerson Electric Co. et al

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Cabanday, Orlando on 3/5/2008 at 4:18 PM PST and filed on 3/5/2008

**Case Name:**       Sorensen v. Emerson Electric Co. et al
**Case Number:**     3:08-cv-60
**Filer:**           Ridge Tool Company
**Document Number:** 21

**Docket Text:**
ANSWER to Complaint with Jury Demand, COUNTERCLAIM against all plaintiffs by Ridge Tool Company.(Cabanday, Orlando)

**3:08-cv-60 Notice has been electronically mailed to:**

Orlando Cabanday     ocabanday@hgla.com, cfall@hgla.com

James Michael Kaler    michael@kalerlaw.com, funlawguy@yahoo.com

Angela Kim    akim@mpplaw.com, ndavis@mpplaw.com

Melody A Kramer    mak@kramerlawip.com, esbjork@gmail.com

Roger G Perkins    rperkins@mpplaw.com, Akim@mpplaw.com, Msanfilippo@mpplaw.com, Ndavis@mpplaw.com

**3:08-cv-60 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=3/5/2008] [FileNumber=2458968-0]
[9ceb246fb9b37a3a309878bd6b5990359fb15ccd435f9755c98bb192aca2bf0862d2
8e8f3c91c5aa9e1954bdb9602608520fe820f49d0a79a52d5e051bcdb1ba]]