MELODY A. KRAMER, SBN 169984
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
email: mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
email: michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>EMERSON ELECTRIC CO., a Missouri corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio corporation; RIDGID, INC., a Delaware corporation; and DOES 1 – 100<br><br>Defendants.<br>_____<br>and related counterclaims. | Case No. 08cv00060 BTM CAB<br><br>**REPLY TO COUNTERCLAIM OF RIDGE TOOL COMPANY** |

Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("SRDT"), hereby responds to the specific paragraphs of the Counterclaims of Defendant/Counterclaimant Ridge Tool Company[1]:

1. On information and belief, admit.

2. Admit.

3. Admit that this Court has subject matter jurisdiction; otherwise, deny.

4. Admit that this Court has personal jurisdiction over the parties; otherwise, deny.

5. Admit that venue is proper; otherwise, deny.

6. Admit.

7. Admit.

## FIRST COUNTERCLAIM
## FOR DECLARATION OF NONINFRINGEMENT

8. SRDT realleges and incorporates by reference its responses to paragraphs 1-7, above, as though fully set forth herein.

9. Admit that Counterclaimant is attempting to allege an action under the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202.

10. Deny.

## SECOND COUNTERCLAIM
## FOR DECLARATION OF PATENT INVALIDITY

---

[1] To clarify, three identical documents entitled "Emerson Electric Co.'s, Ridge Tool Company's, and Ridgid, Inc.'s Response to Complaint for Patent Infringement and Affirmative Defenses and Ridge Tool Company's Counterclaims" were filed on behalf of each of those defendants separately at Docket Nos. 19, 21, and 22. Although the wording and form of filing of these documents is ambiguous as to who is filing a counterclaim, Plaintiff's counsel was advised by letter from Defendant's counsel that the Counterclaim is being filed only on behalf of Ridge Tool Company. Based upon that representation, this Reply only responds to that Defendant.

11. SRDT realleges and incorporates by reference its responses to paragraphs 1-10, above, as though fully set forth herein.

12. Admit.

13. Deny.

14. Admit that Counterclaimant is attempting to allege an action under the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202.

15. Deny.

**WHEREFORE,** SRDT prays that judgment on Emerson's Cross-Complaint be entered as follows:

a. For judgment in favor of SRDT and against Emerson on all requested relief;

b. That this case is decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

c. For costs of suit herein incurred;

d. For such other and further relief as the Court may deem just and proper.

DATED this 11th day of March, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer

Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorneys for Plaintiff

PROOF OF SERVICE

I, Melody A. Kramer, declare:  I am and was at the time of this service working within in the County of San Diego, California.  I am over the age of 18 year and not a party to the within action.  My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Tuesday, March 11, 2008 , I served the following documents:

**REPLY TO COUNTERCLAIM OF RIDGE TOOL COMPANY**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Roger G. Perkins, Esq<br>Angela Kim, Esq.<br>MORRIS POLICH & PURDY LLP<br>501 West Broadway, Suite 500<br>San Diego, California 92101<br>rperkins@mpplaw.com<br>akim@mpplaw.com | One World Technologies, Inc. | Email - Pleadings Filed with the Court via ECF |
| Orlando F. Cabanday<br>HENNELLY & GROSSFELD LLP<br>4640 Admiralty Way, Suite 850<br>Marina del Rey, CA 90292<br>Telephone: (310) 305-2100<br>Facsimile: (310) 305-2116<br>ocabanday@hgla.com | Emerson Electric Co., Ridge Tool Co., and Ridgid, Inc. | Email - Pleadings Filed with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were

1  reported as complete and without error.

2  ☐ (Email) I emailed a true copy of the foregoing documents to an email address
3     represented to be the correct email address for the above noted addressee.

4  
5  ☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed
      this document via the CM/ECF system for the United States District Court for the
      Southern District of California.

6  ☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address
7     represented to be the correct mail address for the above noted addressee.

8  
9  I declare that the foregoing is true and correct, and that this declaration was
   executed on Tuesday, March 11, 2008, in San Diego, California.

                                              /s/ Melody A. Kramer
                                              ─────────────────────
                                              Melody A. Kramer

Case No. 08cv00060 BTM CAB

2.