```
 1  Orlando Cabanday, (SBN 168131)
    ocabanday@hgla.com
 2  Hennelly & Grossfeld LLP
    4640 Admiralty Way
 3  Suite 850
    Marina Del Rey, CA 90292
 4  Telephone: (310)305-2100
    Fax:  (310)305-2116
 5
    Roger G. Perkins, Esq., CSB #86617
 6  Rperkins@mpplaw.com
    Angela Kim, Esq., CSB #216374
 7  Akim@mpplaw.com
    MORRIS POLICH & PURDY LLP
 8  501 West Broadway, Suite 500
    San Diego, California 92101
 9  Telephone: (619) 557-0404
    Facsimile:  (619) 557-0460
10
    Robert S. Mallin, Illinois Bar No. 6205051
11  Rmallin@brinkshofer.com
    Brinks Hofer Gilson & Lione
12  NBC Tower, Suite 3600
    455 North Cityfront Plaza Drive
13  Chicago, IL 60611-5599
    Telephone: (312) 321-4221
14  Facsimile:  (312) 321-4299
```

**Attorneys for Defendant One World Technologies, Inc., Emerson Electric Co., Ridge Tool Company, and Ridgid Inc.**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| JENS ERIK SORENSEN, As Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | CASE NO. 3:08-cv-00060-BTM-CAB |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | [Hon. Barry Ted Moskowitz] |
| EMERSON ELECTRIC CO., a Missouri Corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio Corporation; RIDGID, INC., a Delaware corporation; and DOES 1-100 | |
| Defendants. | |

1  TO THE CLERK OF THE COURT, PLAINTIFF, AND THEIR COUNSEL:

2  PLEASE TAKE NOTICE THAT Roger G. Perkins and Angela Kim hereby make their appearance in the above-captioned matter as counsel to be noticed for Defendants Emerson Electric Co., Ridge Tool Company, and Ridgid Inc. In addition to Orlando Cabanday of Hennelly & Grossfeld LLP, all further notices, pleadings, papers, and other material relevant to this action should also be directed and served upon:

Roger G. Perkins, Esq., CSB #86617
Rperkins@mpplaw.com
MORRIS POLICH & PURDY LLP
501 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

And

Angela Kim, Esq., CSB #216374
Akim@mpplaw.com
MORRIS POLICH & PURDY LLP
501 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

DATED: March 24, 2008         MORRIS POLICH & PURDY LLP

                              By:    s/Angela Kim
                                     Attorneys for Defendant
                                     One World Technologies, Inc. Emerson Electric
                                     Co., Ridge Tool Company, and Ridgid Inc.
                                     Akim@mpplaw.com

-2-
NOTICE OF APPEARANCE
3:08-CV-00060-BTM-CAB

*Jens Erik Sorensen v. Emerson Electric Co., et al.*
U.S. District Court, Southern District, CASE NO. 3:08-cv-00060-BTM-CAB

## CERTIFICATE OF SERVICE

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 501 West Broadway, Suite 500, San Diego, California 92101-3544.

On March 24, 2008, I served a copy of the foregoing document(s) entitled: **NOTICE OF APPEARANCE** to all parties in this action.

SEE SERVICE LIST

| | |
|---|---|
| Melody A. Kramer, Esq. CSB #169984<br>Mak@kramerlawip.com<br>Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, CA 92121<br>619/993-0874 | **Attorney for Plaintiff** |
| J. J. Michael Kaler, Esq.<br>michael@kalerlaw.com<br>9930 Mesa Rim Road, Suite 200<br>San Diego, California 92121<br>858/362-3151 | **Attorney for Plaintiff** |

☒ **ELECTRONIC FILING**

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2008, at San Diego, California.

_____
NANCY DAVIS

PROOF OF SERVICE
3:08-cv-00060-BTM-CAB

SD017451