*Jens Erik Sorensen v. Emerson Electric Co., et al.*
U.S. District Court, Southern District, CASE NO. 3:08-cv-00060-BTM-CAB

## CERTIFICATE OF SERVICE

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 501 West Broadway, Suite 500, San Diego, California 92101-3544.

On March 24, 2008, I served a copy of the foregoing document(s) entitled:

1. **NOTICE OF MOTION AND DEFENDANT'S MOTION TO STAY THE LITIGATION PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS**

2. **ONE WORLD TECHNOLOGIES, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**

3. **DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**

to all parties in this action.

**SEE SERVICE LIST**

| | |
|---|---|
| Melody A. Kramer, Esq. CSB #169984<br>Mak@kramerlawip.com<br>Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, CA 92121<br>619/993-0874 | **Attorney for Plaintiff** |
| J. J. Michael Kaler, Esq.<br>michael@kalerlaw.com<br>9930 Mesa Rim Road, Suite 200<br>San Diego, California 92121<br>858/362-3151 | **Attorney for Plaintiff** |

☒ **ELECTRONIC FILING**

☒ **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2008, at San Diego, California.

_____
NANCY DAVIS

---

**PROOF OF SERVICE**
**3:08-cv-00060-BTM-CAB**

SD017451