1  Orlando Cabanday, (SBN 168131)
   ocabanday@hgla.com
2  Hennelly & Grossfeld LLP
   4640 Admiralty Way
3  Suite 850
   Marina Del Rey, CA 90292
4  Telephone: (310)305-2100
   Fax:  (310)305-2116
5
   Roger G. Perkins, Esq., CSB #86617
6  Rperkins@mpplaw.com
   Angela Kim, Esq., CSB #216374
7  Akim@mpplaw.com
   MORRIS POLICH & PURDY LLP
8  501 West Broadway, Suite 500
   San Diego, California 92101
9  Telephone: (619) 557-0404
   Facsimile: (619) 557-0460
10
   Robert S. Mallin, Illinois Bar No. 6205051
11 Rmallin@brinkshofer.com
   Brinks Hofer Gilson & Lione
12 NBC Tower, Suite 3600
   455 North Cityfront Plaza Drive
13 Chicago, IL 60611-5599
   Telephone: (312) 321-4221
14 Facsimile:  (312) 321-4299

15 **Attorneys for Defendants Emerson Electric Co., Ridge Tool Company, and Ridgid Inc.**

16

17            **UNITED STATES DISTRICT COURT**

18           **SOUTHERN DISTRICT OF CALIFORNIA**

19 JENS ERIK SORENSEN, As Trustee of        CASE NO. 3:08-cv-00060-BTM-CAB
   SORENSEN RESEARCH AND
20 DEVELOPMENT TRUST,                        **NOTICE OF MOTION AND**
                                             **DEFENDANTS' MOTION TO STAY**
21            Plaintiff,                     **THE LITIGATION PENDING THE**
                                             **OUTCOME OF REEXAMINATION**
22       v.                                  **PROCEEDINGS**

23 EMERSON ELECTRIC CO., a Missouri
   Corporation; ONE WORLD TECHNOLOGIES,      Date:       May 16, 2008
24 INC., a Delaware corporation; RIDGE TOOL  Time:       11:00 a.m.
   COMPANY, an Ohio Corporation; RIDGID,     Courtroom:  15
25 INC., a Delaware corporation; and DOES 1-100  Hon. Barry Ted Moskowitz

26            Defendants.
                                             NO ORAL ARGUMENT UNLESS
27                                           REQUESTED BY THE COURT

28

1      NOTICE IS HEREBY GIVEN that on May 16, 2008, or as soon as thereafter as the matter may

2 be heard by the above-entitled Court, located at 940 Front Street, San Diego, CA 92101, Defendants

3 Emerson Electric Co. ("EEC"), Ridge Tool Company ("RTC"), and Ridgid Inc. ("RI") (collectively

4 "EMERSON") will and hereby respectfully move for a stay of the above-captioned proceeding pending

5 the reexaminations of the patent-in-suit, U.S. Patent No. 4,935,184 ("the '184 Patent"), in the United

6 States Patent & Trademark Office ("PTO"). Defendants' counsel conferred with Plaintiff's counsel

7 regarding a stay prior to filing this motion, but Plaintiff has refused to consent to a stay.

8      This case is in its initial stages. On January 11, 2008, Sorensen Research Development and

9 Trust ("SRDT") sued EMERSON for alleged infringement of the '184 Patent. Defendants filed an

10 answer on March 5, 2008. RTC also filed counterclaims concurrently with Defendants' answer. SRDT

11 filed an amended answer to RTC's counterclaims on March 12, 2008. There has been no other activity

12 in this case. In particular, there has not been a Rule 16 conference, the parties have not exchanged Rule

13 26 disclosures, an early neutral evaluation has not been scheduled (let alone even discussed), there has

14 not been a scheduling conference, and there is no scheduling order or trial date set.

15      A stay will avoid the risk of unnecessary discovery and litigation, will permit the clarification of

16 issues for trial, and will not unduly prejudice Plaintiff. Moreover, a stay of the present litigation is

17 further warranted given that this Court has stayed at least five cases relating to the same '184 Patent. It

18 would be a waste of judicial resources for this Court to proceed with this case while granting stays in

19 related cases.

20      This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of

21 Points and Authorities in Support of the Motion, the Declaration of Robert S. Mallin (all of which have

22 been filed and served concurrently with this Notice of Motion and Motion), on the papers and records on

23 file in this action, and on such other and further oral and documentary evidence as the Court may

24 consider at the time of hearing.

25      For the reasons set forth in greater detail in the supporting memorandum, Defendants

26 respectfully request that the Court order this case stayed pending completion of the PTO's ongoing

27 reexaminations of the '184 Patent.

28

**NOTICE OF MOTION AND DEFENDANTS' MOTION TO STAY
PENDING OUTCOME OF REEXAMINATION PROCEEDINGS
3:08-CV-00060-BTM-CAB**

1  | Date: March 24, 2008

MORRIS POLICH & PURDY, LLP

By:  s/Angela Kim
     Attorneys for Defendant
     DEFENDANTS EMERSON ELECTRIC CO.,
     RIDGE TOOL COMPANY, AND RIDGID INC.
     Akim@mpplaw.com

-3-