| | |
|---|---|
| 1 | Orlando Cabanday, (SBN 168131) |
| | ocabanday@hgla.com |
| 2 | Hennelly & Grossfeld LLP |
| | 4640 Admiralty Way |
| 3 | Suite 850 |
| | Marina Del Rey, CA 90292 |
| 4 | Telephone:   (310)305-2100 |
| | Fax:   (310)305-2116 |
| 5 | |
| | Roger G. Perkins, Esq., CSB #86617 |
| 6 | Rperkins@mpplaw.com |
| | Angela Kim, Esq., CSB #216374 |
| 7 | Akim@mpplaw.com |
| | MORRIS POLICH & PURDY LLP |
| 8 | 501 West Broadway, Suite 500 |
| | San Diego, California 92101 |
| 9 | Telephone: (619) 557-0404 |
| | Facsimile:  (619) 557-0460 |
| 10 | |
| | Robert S. Mallin, Illinois Bar No. 6205051 |
| 11 | Rmallin@brinkshofer.com |
| | Brinks Hofer Gilson & Lione |
| 12 | NBC Tower, Suite 3600 |
| | 455 North Cityfront Plaza Drive |
| 13 | Chicago, IL 60611-5599 |
| | Telephone: (312) 321-4221 |
| 14 | Facsimile:  (312) 321-4299 |

**Attorneys for Defendants Emerson Electric Co., Ridge Tool Company, and Ridgid Inc.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, As Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | CASE NO. 3:08-cv-00060-BTM-CAB |
| Plaintiff, | **DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS** |
| v. | |
| EMERSON ELECTRIC CO., a Missouri Corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio Corporation; RIDGID, INC., a Delaware corporation; and DOES 1-100 | Date:   May 16, 2008<br>Time:   11:00 a.m.<br>Courtroom:  15<br>Hon. Barry Ted Moskowitz |
| Defendants. | NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

I, Robert S. Mallin, declare:

1. I am a member of the bar of the State of Illinois, and I am a partner at the law firm of Brinks Hofer Gilson & Lione, which represents Defendants EMERSON ELECTRIC CO. ("EEC"), RIDGE TOOL COMPANY ("RTC"), AND RIDGID INC. ("RI") (collectively "EMERSON") in this action. I filed a *pro hac vice* application for this case. I make this declaration pursuant to CivLR 7.1(f)(2)(a) in support of the EMERSON'S Motion to Stay Pending Outcome of Reexamination Proceedings. Unless otherwise noted, the statements made herein are of my own first-hand knowledge, and if called upon to testify thereof I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PTO-stamped transmittal for the Request for Reexamination, dated July 30, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Order Granting Ex Parte Reexamination, mailed October 11, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order Granting Ex Parte Reexamination, mailed February 21, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Order Granting in Part and Denying in Part Defendants' Motion to Stay, dated September 10, 2007 in the case of *Sorensen v. Black & Decker Corp., et al.*, U. S. District Court, Southern District of California, Case No. 06cv1572 BTM (CAB).

6. Attached hereto as Exhibit 5 is a true and correct copy of a Letter from Robert S. Mallin to Melody A. Kramer, dated March 12, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of a Letter from Melody A. Kramer to Robert S. Mallin, dated March 12, 2008.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Ex Parte Reexamination Filing Data - June 30, 2006, of the U. S. Patent and Trademark Office.

9. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from the Manual of Patent Examining Procedure, § 2250(III), page 2200-74 dated August 2006, available at http://www.uspto.gov/web/offices/pac/mpep/documents/2200_2250.htm#sect2250.

1    I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day
2  of March, 2008 in Chicago, Illinois.

                                        BRINKS HOFER GILSON & LIONE

                                        By: /s/ Robert S. Mallin
                                            Robert S. Mallin
                                            Attorney for Defendants
                                            Email: rsm@usebrinks.com

                                            455 N. Cityfront Plaza
                                            Suite 3600
                                            Chicago, IL 60611
                                            Telephone: (312) 321-4221
                                            Facsimile: (312) 321-4299

-3-

**DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF MOTION TO STAY
PENDING OUTCOME OF REEXAMINATION PROCEEDINGS
3:08-CV-00060-BTM-CAB**