*Jens Erik Sorensen v. Emerson Electric Co., et al.*
U.S. District Court, Southern District, CASE NO. 3:08-cv-00060-BTM-CAB

### CERTIFICATE OF SERVICE

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 501 West Broadway, Suite 500, San Diego, California 92101-3544.

On March 24, 2008, I served a copy of the foregoing document(s) entitled:

**1. NOTICE OF MOTION AND DEFENDANTS' MOTION TO STAY THE LITIGATION PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS**

**2. EMERSON ELECTRIC CO.'S, RIDGE TOOL COMPANY'S, AND RIDGID INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**

**3. DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**

to all parties in this action.

**SEE SERVICE LIST**

| | |
|---|---|
| Melody A. Kramer, Esq. CSB #169984<br>Mak@kramerlawip.com<br>Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, CA 92121<br>619/993-0874 | **Attorney for Plaintiff** |
| J. J. Michael Kaler, Esq.<br>michael@kalerlaw.com<br>9930 Mesa Rim Road, Suite 200<br>San Diego, California 92121<br>858/362-3151 | **Attorney for Plaintiff** |

☒ **ELECTRONIC FILING**

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2008, at San Diego, California.

_____
NANCY DAVIS

**PROOF OF SERVICE**
3:08-cv-00060-BTM-CAB

SD017451