1  MELODY A. KRAMER, SBN 169984
2  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
3  Telephone (858) 362-3150
   email: mak@kramerlawip.com
4
5  J. MICHAEL KALER, SBN 158296
   9930 Mesa Rim Road, Suite 200
6  San Diego, California 92121
   Telephone (858) 362-3151
7  email: michael@kalerlaw.com
8
9  Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
   DEVELOPMENT TRUST
10
11
12                    UNITED STATES DISTRICT COURT
13                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
14
15  JENS ERIK SORENSEN, as Trustee of      ) Case No. 08cv00060 BTM CAB
    SORENSEN RESEARCH AND                  )
    DEVELOPMENT TRUST,                     )
16                                         )
                                           ) **PLAINTIFF'S NOTICE OF MOTION AND**
17              Plaintiff                  ) **MOTION TO MODIFY PATENT LOCAL**
       v.                                  ) **RULES SCHEDULE TO ACCELERATE**
18                                         ) **IDENTIFICATION OF CLAIMED**
    EMERSON ELECTRIC CO., a Missouri       ) **INVALIDATING PRIOR ART**
19  corporation; ONE WORLD TECHNOLOGIES,   )
    INC., a Delaware corporation; RIDGE TOOL) Date: May 23, 2008
20  COMPANY, an Ohio corporation; RIDGID,  ) Time: 11:00 a.m.
    INC., a Delaware corporation; and      ) Hon. Barry T. Moskowitz
21  DOES 1 – 100                           )
                                           )
22                                         ) NO ORAL ARGUMENTS UNLESS
                Defendants.                ) ORDERED BY THE COURT
23                                         )
    _____)
24  and related counterclaims.             )
                                           )
25                                         )
                                           )
26  _____)
27
28

1   TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

2       NOTICE IS HEREBY GIVEN that on the date and time listed above, or as soon thereafter as the matter may be heard, before the Honorable Barry Ted Moskowitz, Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST, hereby moves the Court to modify patent local rules schedule to accelerate identification of claimed invalidating prior art. The motion is based on the following grounds:

    1.  The stays pending PTO reexamination of the subject '184 patent have been based on the expectation that the Court is shifting the patent validity issue to the PTO so that all prior art presented to the Court will have been first considered by the PTO.

    2.  The Court's expectation cannot be met if the other defendants asserting invalidity of the '184 patent due to invalidating prior art do not identify that prior art in time for it to be considered by the PTO during the pending reexaminations.

    This motion is based upon this Notice, and the concurrently filed documents in support thereof: Memorandum of Points and Authorities; and Declaration of Melody Kramer.

RESPECTFULLY SUBMITTED this 26th day of March, 2008.

                                    JENS ERIK SORENSEN, as Trustee of
                                    SORENSEN RESEARCH AND DEVELOPMENT
                                    TRUST, Plaintiff


                                    /s/ Melody A. Kramer
                                    Melody A. Kramer, Esq.
                                    J. Michael Kaler, Esq.
                                    Attorneys for Plaintiff

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Wednesday, March 26, 2008, I served the following documents:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO MODIFY PATENT LOCAL RULES SCHEDULE TO ACCELERATE IDENTIFICATION OF CLAIMED INVALIDATING PRIOR ART**

**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY PATENT LOCAL RULES SCHEDULE TO ACCELERATE IDENTIFICATION OF CLAIMED INVALIDATING PRIOR ART**

**DECLARATION OF MELODY A. KRAMER IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY PATENT LOCAL RULES SCHEDULE TO ACCELERATE IDENTIFICATION OF CLAIMED INVALIDATING PRIOR ART**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Roger G. Perkins, Esq<br>Angela Kim, Esq.<br>MORRIS POLICH & PURDY LLP<br>501 West Broadway, Suite 500<br>San Diego, California 92101<br>rperkins@mpplaw.com<br>akim@mpplaw.com | Emerson Electric Co., Ridge Tool Co., and Ridgid, Inc., One World Technologies, Inc. | Email - Pleadings Filed with the Court via ECF |
| Orlando F. Cabanday<br>HENNELLY & GROSSFELD LLP<br>4640 Admiralty Way, Suite 850<br>Marina del Rey, CA 90292<br>Telephone: (310) 305-2100<br>Facsimile: (310) 305-2116<br>ocabanday@hgla.com | Emerson Electric Co., Ridge Tool Co., and Ridgid, Inc. | Email - Pleadings Filed with the Court via ECF |
| Robert S. Mallin<br>Brinks Hofer Gilson & Lione<br>NBC Tower<br>455 N City Front Plaza Drive<br>Suite 3600 | Emerson Electric Co., Ridge Tool Co., and Ridgid, Inc. | Email - Pleadings Filed with the Court via ECF |

| Chicago, IL 60611<br>rmallin@brinkshofer.com | | |
|---|---|---|

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Wednesday, March 26, 2008, in San Diego, California.

/s./ Melody A. Kramer
Melody A. Kramer

4.

Case No. 08cv00060 BTM CAB