1    Orlando Cabanday, (SBN 168131)
     ocabanday@hgla.com
2    Hennelly & Grossfeld LLP
     4640 Admiralty Way
3    Suite 850
     Marina Del Rey, CA 90292
4    Telephone: (310)305-2100
     Fax:  (310)305-2116

5

6    Roger G. Perkins, Esq., CSB #86617
     Rperkins@mpplaw.com
     Angela Kim, Esq., CSB #216374
7    Akim@mpplaw.com
     MORRIS POLICH & PURDY LLP
8    501 West Broadway, Suite 500
     San Diego, California 92101
9    Telephone: (619) 557-0404
     Facsimile:  (619) 557-0460

10

11    Robert S. Mallin, Illinois Bar No. 6205051
     Rmallin@brinkshofer.com
     Brinks Hofer Gilson & Lione
12    NBC Tower, Suite 3600
     455 North Cityfront Plaza Drive
13    Chicago, IL 60611-5599
     Telephone: (312) 321-4221
14    Facsimile:  (312) 321-4299

15    **Attorneys for Defendants Emerson Electric Co., Ridge Tool Company, and Ridgid Inc.**

16

17                   **UNITED STATES DISTRICT COURT**

18                **SOUTHERN DISTRICT OF CALIFORNIA**

19    JENS ERIK SORENSEN, As Trustee of      CASE NO. 3:08-cv-00060-BTM-CAB
     SORENSEN RESEARCH AND
     DEVELOPMENT TRUST,             **NOTICE OF APPEARANCE**

20               Plaintiff,

21         v.                         [Hon. Barry Ted Moskowitz]

22

23    EMERSON ELECTRIC CO., a Missouri
     Corporation; ONE WORLD TECHNOLOGIES,
     INC., a Delaware corporation; RIDGE TOOL
24    COMPANY, an Ohio Corporation; RIDGID,
     INC., a Delaware corporation; and DOES 1-100
25

26             Defendants.

27

28         TO THE CLERK OF THE COURT, PLAINTIFF, AND THEIR COUNSEL:

1    PLEASE TAKE NOTICE THAT Robert S. Mallin hereby makes his appearance in the above-

2   captioned matter as counsel to be noticed for Defendants Emerson Electric Co., Ridge Tool Company,

3   and Ridgid Inc.  In addition to Orlando Cabanday of Hennelly & Grossfeld LLP, and Roger G. Perkins

4   and Angela Kim of Morris Polich & Purdy LLP, all further notices, pleadings, papers, and other material

5   relevant to this action should also be directed and served upon:

6   Robert S. Mallin, Illinois Bar No. 6205051
    Rmallin@brinkshofer.com

7   Brinks Hofer Gilson & Lione
    NBC Tower, Suite 3600

8   455 North Cityfront Plaza Drive
    Chicago, IL 60611-5599

9   Telephone: (312) 321-4221
    Facsimile:  (312) 321-4299

10

11  DATED: April 3, 2008                    MORRIS POLICH & PURDY LLP

12                                          By:    s/Robert S. Mallin_____
                                                   Attorneys for Defendant
13                                                 Emerson Electric Co., Ridge Tool Company, and
                                                   Ridgid Inc.
14                                                 Rmallin@brinkshofer.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

*Jens Erik Sorensen v. Emerson Electric Co., et al.*
**U.S. District Court, Southern District, CASE NO. 3:08-cv-00060-BTM-CAB**

## CERTIFICATE OF SERVICE

I am employed in San Diego County.  I am over the age of 18 and not a party to this action.  My business address is 501 West Broadway, Suite 500, San Diego, California  92101-3544.

On April 3, 2008, I served a copy of the foregoing document(s) entitled:

### NOTICE OF APPEARANCE

to all parties in this action.

### SEE SERVICE LIST

Melody A. Kramer, Esq. CSB #169984                **Attorney for Plaintiff**
Mak@kramerlawip.com
Kramer Law Office, Inc.
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121
619/993-0874

J. J. Michael Kaler, Esq.                          **Attorney for Plaintiff**
michael@kalerlaw.com
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
858/362-3151

☒ **ELECTRONIC FILING**

☒ **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 3, 2008, at San Diego, California.

_____
NANCY DAVIS