J. MICHAEL KALER, SBN 158296
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
Email: michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
Email: mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff, <br> v. <br><br> EMERSON ELECTRIC CO., a Missouri corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio corporation; RIDGID, INC., a Delaware corporation; and DOES 1 – 100, <br><br> Defendants. <br> _____ <br> and related counterclaims. <br> _____ | Case No. 08 CV 060 BTM CAB <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS** <br><br> Date: May 16, 2008 <br> Time: 11:00 a.m. <br> Courtroom 15 – 5th Floor <br> The Hon. Barry T. Moskowitz <br><br> *NO ORAL ARGUMENT* <br> *UNLESS REQUESTED BY THE COURT* |

1    PLAINTIFF Jen Erik Sorensen, as Trustee of Sorensen Research and

2    Development Trust ("SRDT") respectfully requests the Court to take judicial notice

3    of the following documents in support of Plaintiff's Opposition to Defendant's

4    Motion to Stay:

5        1.    *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #180, Exhibit

6    B; and

7        2.    *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #243.

8        Courtesy copies are attached hereto.

9

10   DATED this Tuesday, April 15, 2008.

11                                JENS ERIK SORENSEN, as Trustee of
                                  SORENSEN RESEARCH AND DEVELOPMENT
12                                TRUST, Plaintiff

13

14                                /s/ J. Michael Kaler

15                                J. Michael Kaler, Esq.
                                  Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28