J. MICHAEL KALER, SBN 158296
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
Email: michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
Email: mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br>v.<br><br>EMERSON ELECTRIC CO., a Missouri corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio corporation; RIDGID, INC., a Delaware corporation; and DOES 1 – 100,<br><br>Defendants.<br>_____<br>and related counterclaims. | Case No. 08 CV 060 BTM CAB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**<br><br>Date: May 16, 2008<br>Time: 11:00 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br><br>*NO ORAL ARGUMENT*<br>*UNLESS REQUESTED BY THE COURT* |

1  PLAINTIFF Jen Erik Sorensen, as Trustee of Sorensen Research and
2  Development Trust ("SRDT") respectfully requests the Court to take judicial notice
3  of the following documents in support of Plaintiff's Opposition to Defendant's
4  Motion to Stay:
5      1.  *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #180, Exhibit
6  B; and
7      2.  *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #243.
8  Courtesy copies are attached hereto.

10  DATED this Tuesday, April 15, 2008.

                                      JENS ERIK SORENSEN, as Trustee of
                                      SORENSEN RESEARCH AND DEVELOPMENT
                                      TRUST, Plaintiff

                                      /s/ J. Michael Kaler
                                      J. Michael Kaler, Esq.
                                      Attorney for Plaintiff