1  MELODY A. KRAMER, SBN 169984
   KRAMER LAW OFFICE, INC.
2  9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
   Telephone (858) 362-3150
4  mak@kramerlawip.com

5
   J. MICHAEL KALER, SBN 158296
6  KALER LAW OFFICES
   9930 Mesa Rim Road, Suite 200
7  San Diego, California 92121
   Telephone (858) 362-3151
8  michael@kalerlaw.com
9
   Attorneys for Plaintiff JENS ERIK SORENSEN,
10 as Trustee of SORENSEN RESEARCH AND
   DEVELOPMENT TRUST
11

12

13                         UNITED STATES DISTRICT COURT

14                    FOR THE SOUTHERNT DISTRICT OF CALIFORNIA

15

16 | JENS ERIK SORENSEN, as Trustee of       ) Case No. 3:08-cv-060-BTM-CAB
   SORENSEN RESEARCH AND                    )
17 DEVELOPMENT TRUST,                       ) **PLAINTIFF'S REQUEST FOR ORAL**
                                            ) **ARGUMENTS ON PLAINTIFF'S**
18                Plaintiff                 ) **MOTION FOR APPLICATION OF 35**
19    v.                                    ) **U.S.C. § 295 PRESUMPTION OF**
                                            ) **INFRINGEMENT**
20 EMERSON ELECTRIC CO., a Missouri         )
   corporation; ONE WOLRD                   )
21 TECHNOLOGIES INC., a Delaware            ) Date:  June 20, 2008
   corporation; RIDGE TOOL COMPANY, an      ) Time:  11:00 A.M.
22 Ohio corporation; RIDGID INC., a Delaware ) Courtroom 15, 5th Floor
23 corporation; and DOES 1 – 100            ) Judge:  Hon. Barry Ted Moskowitz
                   Defendants.              )
24 _____   ) NO ORAL ARGUMENT UNLESS
25 and related counterclaims.                ) REQUESTED BY THE COURT
                                            )
26                                          ) *Oral Argument is Respectfully Requested at*
                                            ) *Hearing on This Matter*
27 _____   )

28

PLAINTIFF Jens Erik Sorensen, as Trustee of Sorensen Research & Development Trust, hereby requests that the Court hear oral arguments on Plaintiff's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement for the following reasons:

1. The issue of application of the 35 U.S.C. § 295 presumption is not well-settled with existing caselaw.

2. Defendants have requested a stay pending reexamination that could last for years.

3. Essential evidence on the issue of infringement is in the hands of third parties that are outside the jurisdiction of U.S. courts.

4. The parties should neither proceed with this case, nor go into a stay of discovery, without knowing which party will bear the burden of proof as to infringement or non-infringement of the subject patent.

5. This issue is of critical importance to the nature of further proceedings in this case.

These matters will more easily be explained to the Court with oral arguments.

DATED this Wednesday, April 23, 2008.

> JENS ERIK SORENSEN, as Trustee of
> SORENSEN RESEARCH AND DEVELOPMENT
> TRUST, Plaintiff
>
> /s/ Melody A. Kramer
> _____
> Melody A. Kramer, Esq.
> J. Michael Kaler
> Attorney for Plaintiff