1  MELODY A. KRAMER, SBN 169984
2  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
3  Telephone (858) 362-3150
   email: mak@kramerlawip.com
4

5  J. MICHAEL KALER, SBN 158296
6  9930 Mesa Rim Road, Suite 200
   San Diego, California 92121
7  Telephone (858) 362-3151
   email: michael@kalerlaw.com
8

9  Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
10 DEVELOPMENT TRUST

11

12                UNITED STATES DISTRICT COURT

13            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14
   JENS ERIK SORENSEN, as Trustee of    )  Case No. 08cv00060 BTM CAB
15 SORENSEN RESEARCH AND                 )
   DEVELOPMENT TRUST,                    )  **DECLARATION OF MELODY A.**
16                                       )  **KRAMER IN SUPPORT OF**
                                         )  **PLAINTIFF'S MOTION FOR**
17                        Plaintiff      )  **EXCEPTION TO STAY TO**
                                         )  **PRESERVE EVIDENCE**
18      v.                               )
                                         )
19 EMERSON ELECTRIC CO., a Missouri      )
20 corporation; ONE WORLD               )  Date: August 8, 2008
   TECHNOLOGIES, INC., a Delaware        )  Time: 11:00 a.m.
21 corporation; RIDGE TOOL COMPANY,      )  Courtroom 15 – 5th Floor
   an Ohio corporation; RIDGID, INC., a  )  The Hon. Barry T. Moskowitz
22 Delaware corporation; and             )
23 DOES 1 – 100                          )  ***Oral Argument Has Been Respectfully***
                         Defendants.     )  ***Requested by Plaintiff***
24                                       )
   _____      )
25 and related counterclaims.            )
26                                       )
   _____      )
27

28

I, MELODY A. KRAMER, declare:

1.     I am not a party to the present action.  I am over the age of eighteen.  I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2.     At all times relevant herein I have been an attorney for Sorensen Research and Development Trust ("SRDT"), Plaintiff in the above-captioned matter.

3.     This Declaration is being submitted in conjunction with Plaintiff's Motion for Exception to Stay for Preservation of Evidence.

4.     I have requested an exception for stay for preservation of the evidence outlined in the accompanying motion by letters to Defendants' counsel, but Defendants have failed to agree.

5.     A list of all Accused Products (all Ridgid® brand tools) identified to date to the Defendants, whether in the Complaint or subsequent correspondence is attached to the accompanying Memorandum of Points and Authorities as Appendix B.

6.     Plaintiff is requesting the items of discovery that are the subject of this motion because we believe these items of discovery are necessary and that delay until completion of the '184 patent reexamination creates the risk of loss of evidence.

7.     Plaintiff has received contradictory information pre-litigation from the Defendants regarding where and how the Accused Products are manufactured, whether domestically or offshore by companies other than the named Defendants, and companies which may or may not even have common ownership to the Defendants.

8.     The packaging for Ridgid® Accused Products state that they are manufactured by Defendant One World Technologies in South Carolina.   The relevant pages of the owner's manual for the original three accused products are attached hereto as Exhibit A.

9.     I have located sworn testimony from Mr. Bugos, general counsel for

2.

One World and its affiliated companies, given in December 2006 in a Pennsylvania products liability case that is contradictory to the representations we had received regarding identity of manufacturers for the Ridgid® tools.  A true and correct copy of relevant pages of that deposition testimony is attached hereto as Exhibit B.

10.    In that testimony, Mr. Bugos described himself as "general counsel for Techtronic Industries North America, Inc. and its various subsidiaries . . . including One World Technologies, Inc." (page 5:23-6:4.  He also testified as follows:

> Q.    Does One World Technologies manufacture any products under the Ridgid name?
> A. [Mr. Bugos]    No. . . .

(page 6:24-7:2)[1]

> A.    Ridgid brand products are marketed by One World Technologies to the Home Depot, are sourced through a parent company, ultimate parent company, Techtronic Industries Company Limited.
> Q.    Does One World Technology design the tools?
> A.    One World Technologies, Inc., I imagine has had design input in connection with the line of various Ridgid brand products.

(page 7:23-8:3)

> A.    We [One World] manufacture Ridgid brand products[2] as a supplier to Home Depot.  There's a trademark license from the owner of the trademark, which I presume to be, as you've been calling them, Ridgid, Inc., so I believe that's the trademark owner.  I understand it to be some entity owned by or controlled by Emerson.
> Q.    . . . What's the relationship between Emerson and One World Technologies?
> A.    I believe we service, we provide customer service under contract

---

[1] This statement is contrary to the owner's manual information for Ridgid products.

[2] This statement is consistent with the owner's manual information for Ridgid products, but contradicts Mr. Bugos' prior representation.

1   for certain products that were manufactured by Emerson[3].

2

3   (page 15:12-24).

4   Q.   Who manufactures the tools?

5   A.   Well a variety of people manufacture the products. They are
         sourced through our parent company and it might be
6        manufactured by them or it might be manufactured by a third
         party that they contract.

7   Q.   Okay, so let me try to understand this. You source the tools,
         which means? What does source mean in your mind?
8
    A.   Well Home Depot buys them from us, we buy them from
9        somebody else. The third party we buy them from is our parent
         company in Hong Kong. Our parent company in Hong Kong
10       may be the manufacturer, or it may be somebody else.[4]

11

12  (page 18:10-24)

13  A.   The corporate entity, One World Technologies, Inc., technically
         does not manufacture anything.[5]
14
    Q.   So is it Techtronic that manufacturers them?
15  A.   It may be, or they may source it from a third party.

16  Q.   A third party not related to Techtronic, or another subsidiary?

    A.   It could be either.
17
         . . .
18  A.   Well I don't want to mislead you. Our corporate entity, One
         World Technologies, Inc., plays a major role in the development
19       of the product and decisions in regards to what that product will
         be like. We may have engineering input into the design of the
20       product, in some cases we may not.

21  *Id.* (page 19:6-20:4).

22       11.   In similar fashion to the contradictory product literature and general

23
    _____
24
         [3] This statement is inconsistent with Mr. Bugos' prior representation *and*
25  inconsistent with the owner's manual information.

26       [4] This contradicts all of the previous statements regarding who manufacturers the
    products.
27
         [5] This contradicts with the owner's manual statements and prior statements of Mr.
28  Bugos.

counsel's testimony, letters from Defendants' counsel feign inability to even understand Plaintiff's request for preservation of molds and design and technical documents. True and correct copies of the relevant letters are attached hereto as Exhibit C.

SWORN TO under penalty of perjury of the laws of the State of California and the United States, this 9th day of June, 2008.

/s/ Melody A. Kramer

Melody A. Kramer, Esq.

1

## **TABLE OF EXHIBITS**

2

3   Exhibit A ........................................................................................................ 7

4   Exhibit B ...................................................................................................... 13

5   Exhibit C ...................................................................................................... 24

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# OPERATOR'S MANUAL

**Reciprocating Saw
R3000
Variable Speed**





This new saw has been engineered and manufactured to our high standards for dependability, ease of operation, and operator safety. When properly cared for, the saw will give you years of rugged, trouble-free performance.

⚠ **WARNING:**
To reduce the risk of injury, the user must read and understand the operator's manual before using this product.

Thank you for buying a RIDGID product.

## SAVE THIS MANUAL FOR FUTURE REFERENCE

# WARRANTY

### RIDGID® HAND HELD AND STATIONARY POWER TOOL LIMITED THREE YEAR WARRANTY AND 90-DAY SATISFACTION GUARANTEE POLICY

This product is manufactured under license from Ridgid, Inc. by One World Technologies, Inc. All warranty communications should be directed to One World Technologies, Inc. at (toll-free) 1-866-539-1710.

### 90-DAY SATISFACTION GUARANTEE POLICY

During the first 90 days after the date of purchase, if you are dissatisfied with the performance of this RIDGID tool for any reason you may return the tool to the dealer from which it was purchased for a full refund or exchange. To receive a replacement tool you must present proof of purchase and return all original equipment packaged with the original product. The replacement tool will be covered by the limited warranty for the balance of the three year warranty period.

### WHAT IS COVERED UNDER THE LIMITED THREE YEAR WARRANTY

This warranty covers all defects in workmanship or materials in this RIDGID tool for the three year period from the date of purchase. This warranty is specific to this tool. Warranties for other RIDGID products may vary.

### HOW TO OBTAIN SERVICE

To obtain service for this RIDGID tool, you must return it, freight prepaid, to an authorized RIDGID service center for hand held and stationary power tools. You may obtain the location of the authorized service center nearest you by calling (toll-free) 1-866-539-1710 or by logging on to the RIDGID website at www.ridgidwoodworking.com. When requesting warranty service, you must present the proof of purchase documentation, which includes a date of purchase. The authorized service center will repair any faulty workmanship, and either repair or replace any defective part, at our option at no charge to you.

### WHAT IS NOT COVERED

This warranty applies only to the original purchaser at retail and may not be transferred. This warranty only covers defects arising under normal usage and does not cover any malfunction, failure or defect resulting from misuse, abuse, neglect, alteration, modification or repair by other than an authorized RIDGID service center for hand held and stationary power tools. One World Technologies, Inc. makes no warranties, representations or promises as to the quality or performance of its power tools other than those specifically stated in this warranty.

### ADDITIONAL LIMITATIONS

To the extent permitted by applicable law, all implied warranties, including warranties of MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE, are disclaimed. Any implied warranties, including warranties of merchantability or fitness for a particular purpose, that cannot be disclaimed under state law are limited to three years from the date of purchase. One World Technologies, Inc. is not responsible for direct, indirect, incidental or consequential damages. Some states do not allow limitations on how long an implied warranty lasts and/or do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

**One World Technologies, Inc.**
Hwy. 8
Pickens, SC 29671

# OPERATOR'S MANUAL



## 3/8 in. (10 mm) PROFESSIONAL ELECTRIC DRILL

### Variable Speed/Reversible
### Double Insulated

## R7000



Your new drill has been engineered and manufactured to our high standards for dependability, ease of operation, and operator safety. When properly cared for, it will give you years of rugged, trouble-free performance.

⚠ **WARNING:**
To reduce the risk of injury, the user must read and understand the operator's manual before using this product.

Thank you for buying a Ridgid product.

## SAVE THIS MANUAL FOR FUTURE REFERENCE

EXHIBIT A - 9

# WARRANTY

### RIDGID® HAND HELD AND STATIONARY POWER TOOL
### LIMITED THREE YEAR WARRANTY AND 90-DAY SATISFACTION GUARANTEE POLICY

This product is manufactured by One World Technologies, Inc., under a trademark license from Ridgid, Inc. All warranty communications should be directed to One World Technologies, Inc., attn: RIDGID handheld and stationary power tool technical service at (toll free) 1-866-539-1710.

### 90-DAY SATISFACTION GUARANTEE POLICY

During the first 90 days after the date of purchase, if you are dissatisfied with the performance of this RIDGID tool for any reason you may return the tool to the dealer from which it was purchased for a full refund or exchange. To receive a replacement tool you must present proof of purchase and return all original equipment packaged with the original product. The replacement tool will be covered by the limited warranty for the balance of the three year warranty period.

### WHAT IS COVERED UNDER THE LIMITED THREE YEAR WARRANTY

This warranty covers all defects in workmanship or materials in this RIDGID tool for the three year period from the date of purchase. This warranty is specific to this tool. Warranties for other RIDGID products may vary.

### HOW TO OBTAIN SERVICE

To obtain service for this RIDGID tool you must return it, freight prepaid, to an authorized RIDGID service center for hand held and stationary power tools. You may obtain the location of the authorized service center nearest you by calling (toll free) 1-866-539-1710 or by logging on to the RIDGID website at www.ridgid.com. When requesting warranty service, you must present the proof of purchase documentation, which includes a date of purchase. The authorized service center will repair any faulty workmanship, and either repair or replace any defective part, at our option at no charge to you.

### WHAT IS NOT COVERED

This warranty applies only to the original purchaser at retail and may not be transferred. This warranty only covers defects arising under normal usage and does not cover any malfunction, failure or defect resulting from misuse, abuse, neglect, alteration, modification or repair by other than an authorized service center for RIDGID branded hand held and stationary power tools. **RIDGID, INC. AND ONE WORLD TECHNOLOGIES, INC. MAKE NO WARRANTIES, REPRESENTATIONS OR PROMISES AS TO THE QUALITY OR PERFORMANCE OF ITS POWER TOOLS OTHER THAN THOSE SPECIFICALLY STATED IN THIS WARRANTY.**

### ADDITIONAL LIMITATIONS

To the extent permitted by applicable law, all implied warranties, including warranties of MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE, are disclaimed. Any implied warranties, including warranties of merchantability or fitness for a particular purpose, that cannot be disclaimed under state law are limited to three years from the date of purchase. One World Technologies, Inc. is not responsible for direct, indirect, incidental or consequential damages. Some states do not allow limitations on how long an implied warranty lasts and/or do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

**One World Technologies, Inc.**
Hwy. 8
Pickens, SC 29671



# OPERATOR'S MANUAL

## 18 VOLT RECIPROCATING SAW
## VARIABLE SPEED

### R844



Your reciprocating saw has been engineered and manufactured to our high standards for dependability, ease of operation, and operator safety. When properly cared for, it will give you years of rugged, trouble-free performance.

 **WARNING:**
To reduce the risk of injury, the user must read and understand the operator's manual before using this product.

Thank you for buying a RIDGID product.

## SAVE THIS MANUAL FOR FUTURE REFERENCE

# WARRANTY

## RIDGID® HAND HELD AND STATIONARY POWER TOOL 3 YEAR LIMITED SERVICE WARRANTY

Proof of purchase must be presented when requesting warranty service.

Limited to RIDGID® hand held and stationary power tools purchased 2/1/04 and after. This product is manufactured by One World Technologies, Inc. The trademark is licensed from RIDGID, Inc. All warranty communications should be directed to One World Technologies, Inc., attn: RIDGID Hand Held and Stationary Power Tool Technical Service at (toll free) 1-866-539-1710.

## 90-DAY SATISFACTION GUARANTEE POLICY

During the first 90 days after the date of purchase, if you are dissatisfied with the performance of this RIDGID® Hand Held and Stationary Power Tool for any reason you may return the tool to the dealer from which it was purchased for a full refund or exchange. To receive a replacement tool you must present proof of purchase and return all original equipment packaged with the original product. The replacement tool will be covered by the limited warranty for the balance of the 3 YEAR service warranty period.

## WHAT IS COVERED UNDER THE 3 YEAR LIMITED SERVICE WARRANTY

This warranty on RIDGID® Hand Held and Stationary Power Tools covers all defects in workmanship or materials and normal wear items such as brushes, chucks, motors, switches, cords, gears and even cordless batteries in this RIDGID® tool for three years following the purchase date of the tool. Warranties for other RIDGID® products may vary.

## HOW TO OBTAIN SERVICE

To obtain service for this RIDGID® tool you must return it; freight prepaid, or take it in to an authorized service center for RIDGID® branded hand held and stationary power tools. You may obtain the location of the authorized service center nearest you by calling (toll free) 1-866-539-1710 or by logging on to the RIDGID® website at www.ridgid.com. When requesting warranty service, you must present the original dated sales receipt. The authorized service center will repair any faulty workmanship, and either repair or replace any part covered under the warranty, at our option, at no charge to you.

## WHAT IS NOT COVERED

This warranty applies only to the original purchaser at retail and may not be transferred. This warranty only covers defects arising under normal usage and does not cover any malfunction, failure or defect resulting from misuse, abuse, neglect, alteration, modification or repair by other than an authorized service center for RIDGID® branded hand held and stationary power tools. Consumable accessories provided with the tool such as, but not limited to, blades, bits and sand paper are not covered.

**RIDGID, INC. AND ONE WORLD TECHNOLOGIES, INC. MAKE NO WARRANTIES, REPRESENTATIONS OR PROMISES AS TO THE QUALITY OR PERFORMANCE OF ITS POWER TOOLS OTHER THAN THOSE SPECIFICALLY STATED IN THIS WARRANTY.**

## ADDITIONAL LIMITATIONS

To the extent permitted by applicable law, all implied warranties, including warranties of MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE, are disclaimed. Any implied warranties, including warranties of merchantability or fitness for a particular purpose, that cannot be disclaimed under state law are limited to three years from the date of purchase. One World Technologies, Inc. and RIDGID, Inc. are not responsible for direct, indirect, incidental or consequential damages. Some states do not allow limitations on how long an implied warranty lasts and/or do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

**One World Technologies, Inc.**
Hwy. 8
Pickens, SC 29671



IN THE COURT OF COMMON PLEAS

OF PHILADELPHIA COUNTY, PENNSYLVANIA

JAMES MARKHORST          :
                         :
        Plaintiff        :
                         :
          vs.            :
                         :
RIDGID, INC.,            : FEBRUARY TERM, 2006
                         :
        Defendant        : NO. 2539


                         - - -

                   December 13, 2006

                         - - -

      Telephonic deposition of ROBERT BUGOS,

taken pursuant to notice, at the law offices of

Sacchetta & Baldino, 308 East Second Street,

Media, Pennsylvania, on the above date,

beginning at 3:05 p.m., before Margaret

Robinson, Court Reporter and Notary Public.

                         - - -


                   BLUE ROCK REPORTING, INC.
                     370 Blue Rock Road
                   West Chester, PA  19382
                      (610) 761-5150

6

ROBERT BUGOS

1   subsidiaries.

2   Q.    And how many subsidiaries are there?

3   A.    There are a number of subsidiaries,

4   including One World Technologies, Inc.

5   Q.    And how long have you worked for that

6   employer?

7   A.    I have worked for this employer since its

8   inception, sometime between 2000 and 2002.  I

9   have been an employee of the organization that

10  operates the same businesses as that corporate

11  entity, since those businesses were created in

12  June of 2000 -- June of 2000.

13  Q.    Okay.  One of the subsidiaries is One

14  World Technologies.  What is the relationship

15  between One World Technologies and Ridgid, Inc.,

16  if you know?

17  A.    There is no relationship.

18  Q.    Do you know if One World Technologies --

19  A.    Wait a minute, I'm sorry, there may be

20  a -- there may be a contractual relationship

21  regarding the servicing of products, but I don't

22  believe that that contractual relationship is

23  with Ridgid.

24  Q.    Does One World Technologies manufacture

Blue Rock Reporting, Inc.   610-761-5150

7

ROBERT BUGOS

1    any products under the Ridgid name?

2    A.    No.

3    Q.    Give me one second.

4    A.    Would you like me to tell you what One

5    World Technologies, Inc. does in connection --

6    Q.    I was getting to that. Can you just tell

7    me what you just asked me to ask you, what they

8    do with regard to the products?

9    A.    One World Technologies, Inc., is a wholly

10   owned subsidiary of Techtronic Industries North

11   America, Inc.

12            One World Technologies, Inc., also

13   acts as a supplier of Ridgid brand products to

14   Home Depot, which I understand owns a license

15   for the use of the Ridgid trademark.

16   Q.    Okay, so another entity manufactures the

17   tools?

18   A.    Ridgid brand products are marketed by One

19   World Technologies to the Home Depot, are

20   sourced through a parent company, ultimate

21   parent company, Techtronic Industries Company

22   Limited.

23   Q.    Does One World Technology design the

24   tools?

8

ROBERT BUGOS

1   A.    One World Technologies, Inc., I imagine

2   has had design input in connection with the line

3   of various Ridgid brand products.

4   Q.    Can you tell me how a Ridgid tool is

5   made?

6   A.    A Ridgid tool is made by a manufacturer,

7   which -- I'm sorry, I don't know how to answer

8   that question.

9   Q.    Sir, are you familiar with the tool

10   that's in question in this case, the twelve inch

11   compound miter saw with exact line?

12   A.    I am familiar with the Ridgid line of

13   power tools and I have seen the tool that's

14   mentioned in this case.  I have familiarity with

15   the particulars of the design.

16   Q.    Was that tool distributed by One World

17   Technologies?

18   A.    It is.

19   Q.    With regard to registered agent for

20   service, is there a registered agent in South

21   Carolina for One World Technologies?

22   A.    Yes.

23   Q.    Are you aware if there's a registered

24   agent in South Carolina for Ridgid?

ROBERT BUGOS

1  Q.      What's the general relationship between

2  Ridgid and One World Technologies?

3  A.      Between who?

4  Q.      Between One World Technologies and

5  Ridgid.

6  A.      By Ridgid, are you referring to Ridgid,

7  Inc.?

8  Q.      Well whatever you understand it to be.

9  A.      Ridgid is a trademark.

10  Q.      Okay, and how are you permitted to use

11  that trademark?

12  A.      We manufacture Ridgid brand products as a

13  supplier to Home Depot.  There's a trademark

14  license from the owner of the trademark, which I

15  presume to be, as you've been calling them,

16  Ridgid, Inc., so I believe that's the trademark

17  owner.  I understand it to be some entity owned

18  by or controlled by Emerson.

19  Q.      Emerson.  That was my next question.

20  What's the relationship between Emerson and One

21  World Technologies?

22  A.      I believe we service, we provide customer

23  service under contract for certain products that

24  were manufactured by Emerson.

ROBERT BUGOS

16

1  Q.    And would it be accurate to say that

2  Emerson and One World Technologies entered into

3  a partnership back in 2003?

4  A.    That would be absolutely incorrect.

5  Q.    Well what's the relationship between

6  Emerson and One World Technologies?

7  A.    One World Technologies entered into a

8  contract with Emerson.  We provide customer

9  service in connection with certain products that

10  were manufactured and sold by Emerson.

11  Q.    Sir, I have a document here that I

12  printed from the internet, from the Emerson

13  website, regarding Emerson professional tools

14  and One World Technologies.

15        The title of it is, Emerson

16  Professional Tools and One World Technologies to

17  partner on Ridgid power tool line.

18  A.    I'm sorry, what does that say?

19  Q.    It says:  Emerson professional tools and

20  One World Technologies to partner on Ridgid

21  power tool line.

22        And it's from the Emerson website.

23  And basically there's a Pat Sly quoted as the

24  Emerson executive vice-president and the Emerson

ROBERT BUGOS

1   professional tool business leader, who states:

2   This new partnership and business model will

3   further enhance an innovative line of power

4   tools that already has the respect of end users

5   everywhere.

6   A.     Okay.

7   Q.     In your mind, is partnership the wrong

8   word for it, or is this article inaccurate?

9   A.     Unfortunately I am not the person who

10  chose that word.  I'm not the person who chose

11  that document.

12              I have not seen that document;

13  however, I take it that you're trying to impose

14  a legal definition of an entity in the word

15  choice of marketing people, which I know to be

16  totally inconsistent with reality.

17  Q.     And you indicated that you don't

18  manufacture any of the tools, you just

19  distribute them; is that right?

20  A.     That's correct.

21  Q.     Okay, so it would also be inaccurate for

22  this article, when they go on to state -- and

23  this is from a Bob Freitag, executive

24  vice-president of One World Technologies.  Do

ROBERT BUGOS

1   you know who he is?

2   A.      I know who he is.

3   Q.      There's a quote in here from him that

4   says:  This is quite an honor for One World

5   Technologies to manufacture these bench top and

6   stationary tools.

7   A.      We source the tools, so in his mind, we

8   manufacture them, but in order for me to give

9   you an accurate statement, you've asked me if --

10  Q.      Who manufactures the tools?

11  A.      Well a variety of people manufacture the

12  products.  They are sourced through our parent

13  company and it might be manufactured by them or

14  it might be manufactured by a third party that

15  they contract.

16  Q.      Okay, so let me try to understand this.

17  You source the tools, which means?  What does

18  source mean in your mind?

19  A.      Well Home Depot buys them from us, we buy

20  them from somebody else.  The third party we buy

21  them from is our parent company in Hong Kong.

22          Our parent company in Hong Kong

23  may be the manufacturer, or it may be somebody

24  else.

ROBERT BUGOS

1              In the mind of somebody who's

2    marketing the tools, we manufacture the product,

3    but to be accurate for purposes of the

4    deposition, I answered you as no, because --

5    Q.      I'm sorry, you trailed off there.

6    A.      The corporate entity, One World

7    Technologies, Inc., technically does not

8    manufacture anything.

9    Q.      So is it Techtronic that manufactures

10   them?

11   A.      It may be, or they may source it from a

12   third party.

13   Q.      A third party not related to Techtronic,

14   or another subsidiary?

15   A.      It could be either.

16   Q.      So your main role with regard to these

17   Ridgid tools that are manufactured by the parent

18   company or another subsidiary, is placing the

19   product in the stream of commerce over here in

20   America?

21   A.      Well I don't want to mislead you.  Our

22   corporate entity, One World Technologies, Inc.,

23   plays a major role in the development of the

24   product and decisions in regards to what that

ROBERT BUGOS

1    product will be like.

2            We may have engineering input into

3    the design of the product, in some cases we may

4    not.

5    Q.    Sir, could I ask you when you first

6    became aware of this claim by Mr. Markhorst?

7    A.    I have no recollection regarding this

8    claim prior to this week; however, I have become

9    aware of many claims and I may have at some time

10   known it prior to.

11   Q.    I'm sorry, prior to today?

12   A.    Prior to this week.

13   Q.    Sir, do you know if One World

14   Technologies has ever been involved in any type

15   of lawsuit in Pennsylvania?

16   A.    Yes, I do.

17   Q.    And when that occurred, who would

18   represent One World Technologies in

19   Pennsylvania?

20   A.    It varies. We've had probably a dozen

21   firms over the course of the years that have

22   represented One World Technologies, Inc.

23   Q.    I have to ask the question. Has

24   Ms. Wenke's firm ever represented your company?

24

ROBERT BUGOS

1   STATE OF PENNSYLVANIA          )
                                   )  SS
2   COUNTY OF CHESTER              )

3        I, Margaret Robinson, Shorthand Reporter

4   and Notary Public duly and qualified in and for

5   the State of Pennsylvania, do hereby certify

6   there came before me the deponent herein, namely

7   ROBERT BUGOS, who was by me duly sworn to

8   testify to the truth and nothing but the truth

9   concerning the matters in this cause.

10       I further certify that the foregoing

11  transcript is a true and correct transcript of

12  my original stenographic notes.

13       I further certify that I am neither

14  attorney or counsel for, nor related to or

15  employed by any of the parties to the action in

16  which this deposition is taken; and furthermore,

17  that I am not a relative or employee of any

18  attorney or counsel employed by the parties

19  hereto or financially interested in the action.

20

21                    _Margaret Robinson_____
                      Margaret Robinson
22                    Notary Public

23

24

# Kramer Law Office, Inc.

9930 Mesa Rim Rd., Ste. 1600
San Diego, California 92121
Phone 858/362-3150
Fax 858/824-9073

_____

**Melody A. Kramer, Esq.**
mak@kramerlawip.com


<u>VIA FAX and FEDERAL EXPRESS</u>

May 6, 2008

Roger G. Perkins, Esq                  Robert S. Mallin
Angela Kim, Esq.                       Brinks Hofer Gilson & Lione
MORRIS POLICH & PURDY LLP              NBC Tower
501 West Broadway, Suite 500           455 N City Front Plaza Drive
San Diego, California 92101            Suite 3600
Facsimile: (619) 557-0460              Chicago, IL 60611
                                       Facsimile: (312) 321-4299

Orlando F. Cabanday
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Facsimile: (310) 305-2116


RE:    <u>Sorensen Research & Development Trust v. Emerson Electric, et al</u>
       USDC Southern District of California, Case No. 08cv00060
       <u>Sorensen Research & Development Trust v. Ryobi Technologies, et al</u>
       USDC Southern District of California, Case No. 08cv00070
       <u>Sorensen Research & Development Trust v. Senco Products, Inc., et al</u>
       USDC Southern District of California, Case No. 08cv00071

       Request for agreement to conduct limited discovery during stay for the purpose of
       preserving evidence

Dear Messrs. Mallin, Perkins and Cabanday:

       In accordance with the Order for stay by Judge Moskowitz in the above cases, we
are hereby requesting the Defendants' agreement to preserve certain items of evidence to
ensure that they will not be lost during the time that this case is being stayed.  If we are
unable to reach an agreement, we will be asking the Court for an order to produce this
evidence.

EXHIBIT C - 24

1.  All prototype and production molds used in the production of the Accused Products that are currently in the possession or control of either Defendants or non-parties; and

2.  All design and technical Documents for the Accused Product that are in the possession or control of either Defendants or non-parties.

3.  Initial disclosures pursuant to Rule 26(a)(1), specifically including the identity and location of all manufacturers, suppliers, and importers for the products at issue.

The products at issue at this point include the following identified products, and any other products made with the same molds or similar manufacturing process:

Sorensen Research & Development Trust v. Emerson Electric, et al

Ridgid 18V Cordless Reciprocating Saw
Ridgid HD 3/8" VSR Drill
Ridgid HD Reciprocating Saw
Ridgid 18V Cordless ½" Hammer Drill
Ridgid 18V Cordless 1/2 " Drill
Ridgid 18V Cordless Drill
Ridgid 14.4V Cordless ½" Drill
Ridgid 12V Right Angle Impact Driver
Ridgid 14.4V Impact Driver
Ridgid 12V Cordless 3/8" Drill
Ridgid Heavy Duty 3 Speed ½" Right Angle Drill
Ridgid Heavy Duty 2 Speed ½" VSR Drill
Ridgid Heavy Duty VSR Drywall Screwdriver
Ridgid Heavy Duty ½" VSR Hammer/Pulse Drill
Ridgid 7 ¼" Worm Drive Saw
Ridgid Heavy Duty 7 ¼" Circular Saw
Ridgid 18V Cordless Jig Saw
Ridgid Variable Speed Orbital Jig Saw
Ridgid Heavy Duty 11A Reciprocating Saw
Ridgid 18V Cordless Hand Planer
Ridgid Heavy Duty Variable Speed Belt Sander
Ridgid 9.6V Pivoting Screwdriver
Ridgid 9.6V Pivoting Screwdriver
Ridgid Heavy Duty ½" Two Speed Hammer Drill

Ridgid Heavy Duty VSR Drywall Screwdriver
Ridgid Professional 3/8" VSR Drill
Ridgid Heavy Duty ½" VSR Hammer Drill
Ridgid Max Select Dual Voltage Jig Saw
Ridgid Heavy Duty ½" VSR Drill
Ridgid 12 Volt Cordless 3/8" Drill
Ridgid Max Select Dual Voltage Reciprocating Saw
Ridgid 18 Volt Compact Lithium – Ion Drill
Ridgid Max Select Dual Voltage Circular Saw
Ridgid 24 Volt Lithium-Ion Cordless Hammer Drill
Ridgid Worklight
Ridgid ¼ Sheet Sander
Ridgid 5" Random Orbit Sander
Ridgid Max Select Hand Planer
Ridgid 6 ½" Compact Framing Saw
Ridgid 12 Volt Right Angle Impact Driver
Ridgid 7" Circular Saw
Ridgid 7 ¼" Worm Drive Circular Saw
Ridgid Variable Speed Orbital Jig Saw
Ridgid ½" Right Angle Drill
Ridgid Variable Speed Belt Sander
Ridgid Twist Handle Orbital Reciprocating Saw
Ridgid Heavy Duty 11Amp Reciprocating Saw

EXHIBIT C - 25

Ridgid 18 Volt Cordless Impact Driver  Ridgid 18 Volt Circular Saw
Ridgid 18 Volt Reciprocating Saw  Ridgid 18 Volt Cordless Hammer Drill

<u>Sorensen Research & Development Trust v. Ryobi Technologies, et al</u>

Ryobi 18.0V Circular Saw  Ryobi 18" Electric Chainsaw
Ryobi 13 AMP Circular Saw  Ryobi One+ Lithium 18V Circular Saw
Ryobi 14.4V Drill  Ryobi One+ Lithium 18V Reciprocating
Ryobi 18.0V Drill/Driver  Saw
Ryobi 14.4V Drill/Driver  Ryobi One+ Lithium 18V Drill/Driver
Ryobi Hammer Drill  Ryobi One+ Lithium 18V Flashlight

<u>Sorensen Research & Development Trust v. Senco Products, Inc., et al</u>
Senco Collated Screw Driver

It is our understanding that manufacturing of the Accused Products has been done in China by unidentified company or companies, not by the Defendants. As such, and because we are also aware of often complicated, sometimes international, chain of company ownership, there is simply no assurance that this necessary technical information will be available to my client once the stay is lifted. Furthermore, as we already pointed out to you, failure to identify manufacturers, suppliers, and importers will make it impossible for us to assure that all evidence is preserved.

Please advise us no later than May 27th if your clients are willing to stipulate to this limited discovery during the stay, otherwise we will file a motion with the Court.

Additionally, please advise us by May 27th if Defendants have any categories of evidence that they want to ensure are preserved. Although we are cognizant of our general obligation to preserve evidence, we are willing to work with you to ensure that any particular categories of evidence that you think may be necessary when stay is lifted, are adequately preserved.

Thank you for your attention to this matter.

Sincerely,


Melody A. Kramer

EXHIBIT C - 26

**Robert S. Mallin**
312-321-4221
rmallin@usebrinks.com

**BRINKS**
**HOFER**
**GILSON**
**&LIONE**®

A Professional Corporation

May 27, 2008

Intellectual Property
Law Worldwide

*Via Facsimile Transmission to 858-824-9073*
*And U.S. First Class Mail*

Melody A. Kramer, Esq.
Kramer Law Office
9930 Mesa Rim Road
Suite 1600
San Diego, CA 92121

Re:    **Sorensen v. Emerson et al.**
       **Case No. 08-CV-0060-BTM-CAB**

Dear Melody:

I write in response to your letter dated May 6, 2008. Please be advised that Emerson Electric
Co.; Ridge Tool Company; One World Technologies, Inc.; and Ridgid Inc. will comply with
their preservation requirements in accordance with the Federal Rules of Civil Procedure and
applicable case law.

As for your offer to consider what categories of evidence to preserve, I assume that you will also
abide by the requirements of the Federal Rules of Civil Procedure and applicable case law.

I trust that this letter resolves the issue. If you have any further concerns, feel free to contact me.

Best regards,

Robert S. Mallin

RSM:jms

cc:    Roger G. Perkins, Esq.
       Angela Kim, Esq.

EXHIBIT C

# Kramer Law Office, Inc.

9930 Mesa Rim Rd., Ste. 1600
San Diego, California 92121
Phone 858/362-3150
Fax 858/824-9073

_____

**Melody A. Kramer, Esq.**
mak@kramerlawip.com

<u>VIA FAX and
FEDERAL EXPRESS</u>

June 3, 2008

Robert S. Mallin
Brinks Hofer Gilson & Lione
NBC Tower
455 N City Front Plaza Drive
Suite 3600
Chicago, IL 60611
Facsimile: (312) 321-4299

RE:     <u>Sorensen Research & Development Trust v. Emerson Electric, et al</u>
         USDC Southern District of California, Case No. 08cv00060
         <u>Sorensen Research & Development Trust v. Ryobi Technologies, et al</u>
         USDC Southern District of California, Case No. 08cv00070
         <u>Sorensen Research & Development Trust v. Senco Products, Inc., et al</u>
         USDC Southern District of California, Case No. 08cv00071
         Request for agreement to conduct limited discovery during stay for the purpose of
         preserving evidence

Dear Mr. Mallin:

Thank you for your letters dated May 27th regarding the above-captioned cases and my request for preservation of evidence pending lift of stay in this case. I need to have some additional clarification to ensure that necessary evidence is being preserved.

We are aware from prior correspondence and investigation that all of the accused products in these cases are manufactured by companies that are not located in the United States and that are several levels of corporate structure away from the defendants in this case or by third-parties that are contracted by several levels of companies away. As such, assuring us that the named parties "will comply with their preservation requirements in accordance with the Federal Rules of Civil Procedure and applicable case law" really doesn't mean anything.

EXHIBIT C - 28

Are all prototype and production molds used in the production of the Accused Products being preserved?  Are all design and technical documents for the Accused Products being preserved?

Please clarify this matter for me no later than June 13th.  If we do not receive adequate assurances of where this highly relevant evidence is being held and what steps are being taken to preserve it, we will have no choice but to proceed to the Court.  Be advised that Judge Moskowitz has already heard one motion for exception to stay for preservation of evidence and did order certain discovery to proceed.  A copy of that ruling is enclosed with this letter.

Sincerely,


Melody A. Kramer

enclosure

EXHIBIT C - 29

**Robert S. Mallin**
312·321-4221
rmallin@usebrinks.com

**BRINKS**

**HOFER**

**GILSON**

**&LIONE** ®

A Professional Corporation

Intellectual Property
Law Worldwide

June 6, 2008

*Via Facsimile Transmission to 858-824-9073*
*And U.S. First Class Mail*

Melody A. Kramer, Esq.
Kramer Law Office
9930 Mesa Rim Road
Suite 1600
San Diego, CA 92121

Re:    **Sorensen v. Emerson et al.**
       **Case No. 08-CV-0060-BTM-CAB**

Dear Melody:

I write in response to your letter dated June 3, 2008. Before I can respond to the requests made in that June 3 letter, I need some clarification regarding what things and information you are seeking to have preserved. Indeed, if third parties are going to commit to preserve information and things, we need to have a clear understanding of what is included. Accordingly, please identify and explain to me what you mean by the phrases:

1.    "All prototype and production molds used in the production of the Accused Products."

2.    "All design and technical documents for the Accused Products".

I expect that your identification of information and things will be with specificity and your explanation will be clear and concise so that both we and any third parties will understand the scope of the request. After I receive your response, I will be in a better position to fully respond to your inquiry.

Best regards,

Robert S. Mallin

RSM:jms

cc:    Roger G. Perkins, Esq.
       Angela Kim, Esq.

EXHIBIT C - 30
NBC Tower - Suite 3600  |  455 N. Cityfront Plaza Drive  |  Chicago, IL 60611-5599  |  Telephone 312.321.4200  |  Fax 312.321.4299  |  usebrinks.com

1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**

8          **SOUTHERN DISTRICT OF CALIFORNIA**

9

10   JENS ERIK SORENSEN,                          CASE NO. 06CV1572 BTM (CAB)

11                            Plaintiff,          ORDER GRANTING IN PART AND
                                                  DENYING IN PART MOTION FOR
12         vs.                                    EXCEPTION TO STAY; GRANTING
                                                  IN PART AND DENYING IN PART
13                                                MOTION TO FILE DOCUMENTS
     BLACK & DECKER CORPORATION,                  UNDER SEAL; AND GRANTING
14                                                REQUEST FOR ORAL ARGUMENT
                            Defendant.

15         For the reasons set forth on the record, the Court GRANTS IN PART AND DENIES

16   IN PART Plaintiff's motion for exception to stay [Doc. 264].   Plaintiff may take limited

17   depositions of the relevant entities as set forth on the record.  Plaintiff may also attempt to

18   undertake an inspection of the out-of-district manufacturing facility through appropriate

19   procedural avenues.  Plaintiff's request for discovery as to the alleged UK facility is denied

20   without prejudice. The Court also GRANTS IN PART AND DENIES IN PART Plaintiff's

21   motion to file documents under seal [Doc. 265, 271]. Defendants shall file a publicly available

22   version of the documents which the Court ruled should not be sealed within one week of the

23   date of this order.  The request for oral argument is GRANTED [Doc. 266].

24   IT IS SO ORDERED.

25   DATED:  June 3, 2008

26                                        _Barry Ted Moskowitz_

27                                        Honorable Barry Ted Moskowitz
                                          United States District Judge
28

EXHIBIT C - 31                                    06CV1572 BTM (CAB)

# Kramer Law Office, Inc.

9930 Mesa Rim Rd., Ste. 1600
San Diego, California 92121
Phone 858/362-3150
Fax 858/824-9073

_____

**Melody A. Kramer, Esq.**
mak@kramerlawip.com


<u>VIA FAX 310/305-2116</u>

June 5, 2008

Orlando F. Cabanday
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292

RE:    <u>Sorensen Research & Development Trust v. Emerson Electric, et al</u>
        USDC Southern District of California, Case No. 08cv00060
        Request for agreement to conduct limited discovery during stay for the purpose of
        preserving evidence

Dear Mr. Cabanday:

    We received a letter dated May 27th from Mr. Mallin regarding my request for preservation of evidence pending lift of stay in this case. Unfortunately, Mr. Mallin's representation did not provide the necessary assurance to avoid our need to pursue this matter with the Court. I have asked Mr. Mallin for certain clarifications, but wanted to also bring this matter to your attention.

    We are aware from prior correspondence and investigation that all of the accused products in these cases are manufactured by companies that are not located in the United States and that are several levels of corporate structure away from the defendants in this case or by third-parties that are contracted by several levels of companies away. As such, Mr. Mallin's assurance that the named parties "will comply with their preservation requirements in accordance with the Federal Rules of Civil Procedure and applicable case law" really doesn't mean anything.

    Are all prototype and production molds used in the production of the Accused Products being preserved? Are all design and technical documents for the Accused Products being preserved? Who has possession, custody, and control of this evidence?

    This matter needs to be clarified for me by June 13th. If we do not receive adequate assurances of where this highly relevant evidence is being held and what steps are being taken to preserve it, we will have no choice but to proceed to the Court. Be advised that Judge Moskowitz has already heard one motion for exception to stay for

EXHIBIT C - 32

Mr. Cabanday
June 5, 2008
Page 2


preservation of evidence and did order certain discovery to proceed.  A copy of that ruling is enclosed with this letter.

Thank you in advance for your cooperation.

Sincerely,


Melody A. Kramer

enclosure

EXHIBIT C - 33

**Robert S. Mallin**
312·321-4221
rmallin@usebrinks.com

**BRINKS**

**HOFER**

**GILSON**

**&LIONE** ®

A Professional Corporation

Intellectual Property
Law Worldwide

June 6, 2008

*Via Facsimile Transmission to 858-824-9073*
*And U.S. First Class Mail*

Melody A. Kramer, Esq.
Kramer Law Office
9930 Mesa Rim Road
Suite 1600
San Diego, CA 92121

Re:   **Sorensen v. Emerson et al.**
      **Case No. 08-CV-0060-BTM-CAB**

Dear Melody:

I write in response to your letter dated June 3, 2008. Before I can respond to the requests made in that June 3 letter, I need some clarification regarding what things and information you are seeking to have preserved. Indeed, if third parties are going to commit to preserve information and things, we need to have a clear understanding of what is included. Accordingly, please identify and explain to me what you mean by the phrases:

   1.   "All prototype and production molds used in the production of the Accused Products."

   2.   "All design and technical documents for the Accused Products".

I expect that your identification of information and things will be with specificity and your explanation will be clear and concise so that both we and any third parties will understand the scope of the request. After I receive your response, I will be in a better position to fully respond to your inquiry.

Best regards,

Robert S. Mallin

RSM:jms

cc:   Roger G. Perkins, Esq.
      Angela Kim, Esq.

EXHIBIT C - 34