1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10
11    JENS ERIK SORENSEN,                    CASE NO. 06CV1572  BTM (CAB)
                                                          NO. 08CV60
12                              Plaintiff,          NO. 08CV70
                                                          NO. 07CV71
13          vs.                                      NO. 07CV2277
                                                          NO. 08CV308
14                                                     NO. 08CV305
                                                          NO. 08CV231
15    BLACK & DECKER, ET. AL.,
16                              Defendant.      ORDER SETTING ORAL
                                                          ARGUMENT
17    _____
18    and related cases.
       _____
19          Due to the Court's own schedule, the motion hearings set for August 8, 2008 at 11:00
20    a.m. in the above cases is continued.  The Court shall hear oral argument on these motions
21    on August 20, 2008 at 10:30 a.m. Any party who wishes to appear telephonically shall
22    contact chambers at 619-557-5583 for further information.
23     IT IS SO ORDERED.
24    DATED:  July 24, 2008
25                                                    _____
26                                                    Honorable Barry Ted Moskowitz
                                                          United States District Judge
27
28

                                        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07CV2278