Roger G. Perkins, Esq., CSB #86617
Rperkins@mpplaw.com
Kristina M. Pfeifer, Esq., CSB #234352
Kpfeifer@mpplaw.com
MORRIS POLICH & PURDY LLP
501 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404
Facsimile:  (619) 557-0460

Robert S. Mallin, Illinois Bar No. 6205051
Rmallin@brinkshofer.com
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
Telephone: (312) 321-4221
Facsimile:  (312) 321-4299

**Attorneys for Defendants**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, As Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>EMERSON ELECTRIC CO., a Missouri Corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio Corporation; RIDGID, INC., a Delaware corporation; and DOES 1-100<br><br>Defendants. | CASE NO. 3:08-cv-00060-BTM-CAB<br><br>**DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF EMERSON ELECTRIC CO.'S, RIDGE TOOL COMPANY'S, RIDGID INC.'S AND ONE WORLD TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**<br><br>Date:       August 8, 2008<br>Time:       11:00 a.m.<br>Courtroom: 15<br>Hon. Barry Ted Moskowitz<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

I, Robert S. Mallin, declare:

1. I am a member of the bar of the state of Illinois, and I am a partner at the law firm of Brinks Hofer Gilson & Lione, which represents EMERSON ELECTRIC CO., RIDGE TOOL COMPANY, RIDGID INC., and ONE WORLD TECHNOLOGIES, INC. in this action. I am admitted *pro hac vice* in this case. I make this declaration pursuant to Civ LR 7.1(f)(2)(a) in support of EMERSON ELECTRIC CO.'S, RIDGE TOOL COMPANY'S, RIDGID INC.'S AND ONE WORLD TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE.

2. Attached at Exhibit 1 is a true and correct copy of a letter dated May 6, 2008

3. Attached at Exhibit 2 is a true and correct copy of a letter dated May 27, 2008

4. Attached at Exhibit 3 is a true and correct copy of a letter dated June 3, 2008.

5. Attached at Exhibit 4 is a true and correct copy of a letter dated June 6, 2008

6. SRDT did not respond to the letter dated June 6, 2008.

7. Attached at Exhibit 5 is a true and correct copy of a letter dated July 10, 2006.

8. Attached at Exhibit 6 is a true and correct copy of a letter dated November 30, 2007.

9. Attached at Exhibit 7 is a true and correct copy of a letter dated January 23, 2008 along with a true and correct copy of the Declaration of William Chen.

10. Attached at Exhibit 8 is a true and correct copy of a letter dated January 23, 2008.

11. Attached at Exhibit 9 is a true and correct copy of the deposition of Robert Bugos that was filed by SRDT in this case on April 23, 2008 as Docket Entry No. 37-6.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of July, 2008.

/s/ Robert S. Mallin

K:\WDDOCS\2036\28490\SD020791.DOC

-2-