*Jens Erik Sorensen v. Emerson Electric Co., et al.*
U.S. District Court, Southern District, CASE NO. 3:08-cv-00060-BTM-CAB

# CERTIFICATE OF SERVICE

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 501 West Broadway, Suite 500, San Diego, California 92101-3544.

On August 6, 2008, I served a copy of the foregoing document(s) entitled:

**1.     EMERSON ELECTRIC CO.'S, RIDGE TOOL COMPANY'S, RIDGID INC.'S AND ONE WORLD TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**

**2.     DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF EMERSON ELECTRIC CO.'S, RIDGE TOOL COMPANY'S, RIDGID INC.'S AND ONE WORLD TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**

to all parties in this action.

**SEE SERVICE LIST**

| | |
|---|---|
| Melody A. Kramer, Esq. CSB #169984<br>Mak@kramerlawip.com<br>Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, CA 92121<br>619/993-0874 | **Attorney for Plaintiff** |
| J. J. Michael Kaler, Esq.<br>michael@kalerlaw.com<br>9930 Mesa Rim Road, Suite 200<br>San Diego, California 92121<br>858/362-3151 | **Attorney for Plaintiff** |

☒ **ELECTRONIC FILING**

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 6, 2008, at San Diego, California.

_____
NANCY DAVIS

**PROOF OF SERVICE**
**3:08-cv-00060-BTM-CAB**

SD017451