1  MELODY A. KRAMER, SBN 169984
2  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
3  Telephone (858) 362-3150
4  email: mak@kramerlawip.com

5  J. MICHAEL KALER, SBN 158296
6  9930 Mesa Rim Road, Suite 200
   San Diego, California 92121
7  Telephone (858) 362-3151
8  email: michael@kalerlaw.com

9  Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
10 DEVELOPMENT TRUST

11

12                UNITED STATES DISTRICT COURT

13             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>EMERSON ELECTRIC CO., a Missouri corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio corporation; RIDGID, INC., a Delaware corporation; and DOES 1 – 100<br>Defendants.<br>_____<br>and related counterclaims. | Case No. 08cv00060 BTM CAB<br><br>PROOF OF SERVICE OF [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR EXCEPTION TO STAY |

I, Zhenya Bjork, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Tuesday, August 26, 2008, I served the following documents:

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR EXCEPTION TO STAY

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Roger G. Perkins<br>Angela Kim<br>Kristina M. Pfeifer<br>MORRIS POLICH & PURDY LLP<br>501 West Broadway, Suite 500<br>San Diego, California 92101<br>rperkins@mpplaw.com<br>akim@mpplaw.com<br>kpfeifer@mpplaw.com | Emerson Electric Co., Ridge Tool Co., and Ridgid, Inc., One World Technologies, Inc. | Email |
| Orlando F. Cabanday<br>HENNELLY & GROSSFELD LLP<br>4640 Admiralty Way, Suite 850<br>Marina del Rey, CA 90292<br>Telephone: (310) 305-2100<br>Facsimile: (310) 305-2116<br>ocabanday@hgla.com | Emerson Electric Co., Ridge Tool Co., and Ridgid, Inc. | Email |
| Robert S. Mallin<br>Brinks Hofer Gilson & Lione<br>NBC Tower<br>455 N City Front Plaza Drive<br>Suite 3600<br>Chicago, IL 60611<br>rmallin@brinkshofer.com | Emerson Electric Co., Ridge Tool Co., and Ridgid, Inc., One World Technologies, Inc. | Email |

**X**    (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

1 | I declare that the foregoing is true and correct, and that this declaration was executed on
2 | Tuesday, August 26, 2008, in San Diego, California.

                                                       /s/ Zhenya Bjork
                                                       Zhenya Bjork