1    MELODY A. KRAMER, SBN 169984
2    9930 Mesa Rim Road, Suite 1600
     San Diego, California 92121
3    Telephone (858) 362-3150
     email: mak@kramerlawip.com
4
5    J. MICHAEL KALER, SBN 158296
     9930 Mesa Rim Road, Suite 200
6    San Diego, California 92121
     Telephone (858) 362-3151
7    email: michael@kalerlaw.com
8
9    Attorneys for Plaintiff JENS ERIK SORENSEN,
     as Trustee of SORENSEN RESEARCH AND
10   DEVELOPMENT TRUST
11
12                UNITED STATES DISTRICT COURT
13          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
14
15   JENS ERIK SORENSEN, as Trustee of       )   Case No. 08cv00060 BTM CAB
     SORENSEN RESEARCH AND                   )
16   DEVELOPMENT TRUST,                      )   **FIRST AMENDED[1] COMPLAINT FOR**
                                             )   **PATENT INFRINGEMENT**
17                          Plaintiff        )
18          v.                               )   REQUEST FOR JURY TRIAL
                                             )
19   EMERSON ELECTRIC CO., a Missouri        )
     corporation; ONE WORLD                  )
20   TECHNOLOGIES, INC., a Delaware          )
     corporation; RIDGE TOOL COMPANY, an     )
21   Ohio corporation; RIDGID, INC., a       )
     Delaware corporation; and              )
22   DOES 1 – 100                            )
                                             )
23                                           )
24                          Defendants.      )
     _____ )
25   and related counterclaims.             )
     _____)
26
27   _____
28         [1] Amended to add two new accused products in paragraph 24.

Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), pursuant to leave granted by the Court, files this AMENDED Complaint for Patent Infringement against Defendants, alleges as follows:

## THE PARTIES

1. SRDT is a California resident, and the trustee of a trust organized according to California law, and owner of all rights to United States Patent No. 4,935,184 (hereinafter "'184 patent"). A true and correct copy of the '184 patent is attached hereto as Exhibit A.

2. Defendant Emerson Electric Co. ("EMERSON") is a publicly-traded corporation (NYSE: EMR) organized under the laws of Missouri, having a principal office located at 8000 West Florissant Avenue, St. Louis, Missouri 63136, and conducts business under the trademarked name "Emerson Professional Tools."

3. Defendant One World Technologies, Inc. ("OWT") is a corporation organized under the laws of Delaware, having a principal office located at 1428 Pearman Dairy Road, Anderson, South Carolina 29625.

5. Defendant Ridge Tool Company ("RIDGE") is a corporation organized under the laws of Ohio, having a principal office located at 400 Clark Street, Elyria, Ohio 44035.

6. Defendant Ridgid, Inc. ("RIDGID") is a corporation organized under the laws of Delaware, having a principal office located at 850 Library Avenue, Suite 204, Newark, Delaware 19711.

7. Defendant DOE 1 is an entity, legal form unknown, that represents itself as "Ridgid Power Tools, St. Louis, Missouri."

8. Upon information and belief, DOES 2-100 are entities, legal form unknown, that are involved in the actions giving rise to this Complaint.

9. Upon information and belief, one or more Defendants have acted as

2.

1    agents of one or more of each other during some or all of the times relative to the

2    subject matter of this Complaint.

3          10.    Upon information and belief, the Defendants have in the past and/or

4    presently design, control manufacture, import, sell, and/or offer for sale within the

5    United States, including this District, power tools with plastic housings, including

6    products identified herein as accused products.

7

8    **JURISDICTION and VENUE**

9          11.    This action arises under the Patent Laws of the United States of

10   America, Title 35, United States Code.  Jurisdiction is founded on Title 28, United

11   States Code §§ 1331, 1332(a), and 1338(a).

12         12.    On information and belief, venue in this district is proper under 28

13   U.S.C. §§ 1391 and 1400(b) because Defendants have committed acts of

14   infringement here and have extensive networks of dealers and online retailers, which

15   sell its products in this District.

16         13.    This Court has personal jurisdiction over Defendants under the long-

17   arm statute of California and U.S. constitutional law because upon information and

18   belief Defendants market and/or ships its products into this District, offer those

19   products for sale and sells those products in this District, provide advertising in this

20   District targeted to this district's residents, and maintain a network of authorized

21   distribution arrangements with retailers in this district for the purpose of selling their

22   products.

23

24   **GENERAL ALLEGATIONS**

25         14.    The '184 patent entitled "Stabilized Injection Molding When Using a

26   Common Mold Part With Separate Complimentary Mold Parts," was issued on June

27   19, 1990.

28         15.    Upon information and belief, Defendants jointly, and with other entities

3.

not named as parties herein, engage in the design, manufacture, import, distribution, marketing, selling, and/or offering for sale of power tools under the Ridgid® trademark.

16.    Upon information and belief, the Defendants have intentionally and knowingly created a web of entities that all work together under common leadership and control with respect to the manufacture and distribution of Ridgid® power tools.

17.    Defendants have been on constructive notice of the '184 patent since its issuance on June 19, 1990.

18.    Defendants have been on actual notice of the '184 patented process at least as early as September 2004.

19.    Upon information and belief, the Defendants have engaged in design, manufacture, import, sell, and/or offer for sale within the United States, including this District, power tools that have dual-layer external plastic housings.

20.    On information and belief, said products identified herein and as-yet-unidentified products manufactured through the same or substantially similar process are manufactured through processes which incorporated all elements of the '184 patented process.

21.    None of the Defendants have obtained a license or any other authorization from the Plaintiff for manufacture, import, sale, and/or offer for sale in the United States of products manufactured through use of the '184 patented process.

## CLAIM 1 - PATENT INFRINGEMENT

22.    SRDT realleges and incorporates herein by reference paragraphs 1 through 21, inclusive, as though fully set forth herein.

23.    On information and belief, Defendants have, within the past six years, designed, manufactured, imported into, sold and/or offered for sale within the United States and this District, products having dual-layer external plastic shells ("Accused Products").

24.    On information and belief, the Accused Products include the following:

| |
|---|
| Ridgid 18V Cordless Reciprocating Saw, Model No. R844; |
| Ridgid HD 3/8" VSR Drill, Model No. R7000; |
| Ridgid HD Reciprocating Saw, Model No. F3000; |
| Ridgid 18V Cordless ½" Hammer Drill, Model No. R8411503; |
| Ridgid 18V Cordless 1/2 " Drill, Model No. R84015; |
| Ridgid 18V Cordless Drill, Model No. R84001; |
| Ridgid 14.4V Cordless ½" Drill, Model No. R83015; |
| Ridgid 12V Right Angle Impact Driver, Model No. R82233; |
| Ridgid 14.4V Impact Driver, Model No. R82320; |
| Ridgid 12V Cordless 3/8" Drill, Model No. R82001; |
| Ridgid Heavy Duty 3 Speed ½" Right Angle Drill, Model No. R7130; |
| Ridgid Heavy Duty 2 Speed ½" VSR Drill, Model No. R7100; |
| Ridgid Heavy Duty VSR Drywall Screwdriver, Model No. R6000; |
| Ridgid Heavy Duty ½" VSR Hammer/Pulse Drill, Model No. R5010; |
| Ridgid 7 ¼" Worm Drive Saw, Model No. R3210; |
| Ridgid Heavy Duty 7 ¼" Circular Saw, Model No. R3200; |
| Ridgid 18V Cordless Jig Saw, Model No. R843; |
| Ridgid Variable Speed Orbital Jig Saw, Model No. R3120; |

5.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| |
|---|
| Ridgid Heavy Duty 11A Reciprocating Saw, Model No. R3001; |
| Ridgid 18V Cordless Hand Planer, Model No. R848; |
| Ridgid Heavy Duty Variable Speed Belt Sander, Model No. R2720; |
| Ridgid 9.6V Pivoting Screwdriver, Model No. R81030; |
| Ridgid Heavy Duty ½" Two Speed Hammer Drill, Part No. R5011 |
| Ridgid Heavy Duty VSR Drywall Screwdriver, Part No. R6000 |
| Ridgid Professional 3/8" VSR Drill, Part No. R70002 |
| Ridgid Heavy Duty ½" VSR Hammer Drill, Part No. R5013 |
| Ridgid Max Select Dual Voltage Jig Saw |
| Ridgid Heavy Duty ½" VSR Drill |
| Ridgid 12 Volt Cordless 3/8" Drill |
| Ridgid Max Select Dual Voltage Reciprocating Saw |
| Ridgid 18 Volt Compact Lithium – Ion Drill |
| Ridgid Max Select Dual Voltage Circular Saw |
| Ridgid 24 Volt Lithium-Ion Cordless Hammer Drill |
| Ridgid Worklight |
| Ridgid ¼ Sheet Sander |
| Ridgid 5" Random Orbit Sander |
| Ridgid Max Select Hand Planer |
| Ridgid 6 ½" Compact Framing Saw |
| Ridgid 12 Volt Right Angle Impact Driver |
| Ridgid 7" Circular Saw |

Case No. 08cv00060

| |
|---|
| Ridgid  7 ¼" Worm Drive Circular Saw |
| Ridgid Variable Speed Orbital Jig Saw |
| Ridgid ½" Right Angle Drill |
| Ridgid Variable Speed Belt Sander |
| Ridgid Twist Handle Orbital Reciprocating Saw |
| Ridgid Heavy Duty 11Amp Reciprocating Saw |
| Ridgid 18 Volt Cordless Impact Driver |
| Ridgid 18 Volt Reciprocating Saw |
| Ridgid 18 Volt Circular Saw |
| Ridgid 18 Volt Cordless Hammer Drill |
| R6300 HD Impact Wrench |
| R3202 7-1/4" Circular Saw |
| Fuego ½" Framing Saw |
| V.S. Laminate Trimmer |
| 6" Random Orbit Sander |
| HD 3" V.S. 3" x 18" Belt Sander |
| R1020 Twist Handle 7" Angle Grinder |
| R3121 VS Orbital Jig Saw |
| MS1065LZA 10" Compound Miter Saw |
| R4121 12" Dual Compound Miter Saw |
| MS1250LZA 12" Compound Miter Saw |
| MS1290LZA 12" Sliding Compound Miter Saw |
| R851150 Hammer Drill |
| R854 Reciprocating Saw |
| R830153 14.4V Cordless ½" Drill/Driver Kit |
| R82007 12V Lithium-Ion Drill/Driver |
| R86111 18V Lithium-Ion Hammer Drill |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 08cv00060

| |
|---|
| WTS2000L 10" Wet Tile/Stone Saw |
| 100-B Compact Press Tool |
| Micro CG-100 Combustible Gas Sniffer |
| IR-100 Micro-Ray Infrared Thermometer |
| 20218  25' Tape Measure |

25.    On information and belief, the Accused Products may include other Ridgid-brand products sold under any other names or model numbers names which are manufactured utilizing similar processes, including but not limited to, any other product manufactured using the same injection mold as any of the products identified above.

26.    On information and belief, the Accused Products are manufactured through processes which incorporate all elements of the '184 patented process.

27.    One or more of the Defendants received a notice of infringement from Plaintiff, detailing a substantial likelihood pursuant to 35 U.S.C. § 295 that certain Accused Products were manufactured through a process which incorporates all elements of the '184 patented process and were asked to verify the actual manufacturing process.

28.    To date, none of the Defendants have presented any admissible evidence of the actual manufacturing process for any Accused Products to Plaintiff.

29.    On information and belief, manufacturing of the Accused Products occurs in China.

30.    On information and belief, the Defendants act together as a single enterprise for purposes of designing, manufacturing, marketing, importing, offering for sale, and/or selling the Accused Products.

31.    On information and belief, Defendants continue to engage in infringement of the '184 patent, and in wanton and willful disregard of SRDT's '184

8.

patent rights.

32.   On information and belief, Defendants continue to contribute to infringement of the '184 patent and induce others to infringe the '184 patent.

33.   On information and belief, the conduct of Defendants in willfully continuing to infringe the '184 patent, and to contribute to infringement and induce others to infringe the '184 patent, despite being on both constructive notice and actual notice, is deliberate, thus making this an exceptional case within the meaning of 35 U.S.C. § 285.

34.   On information and belief, SRDT has suffered and is continuing to suffer damages by reason of Defendants' infringing conduct.

35.   A reasonable royalty for infringement of the '184 patent constitutes at least eight percent (8%) of gross sales by each of the Defendants of the Accused Products from six years prior to the filing of this Complaint and continuing until expiration of the '184 patent, according to proof and allocation at trial.

36.   On information and belief, the reasonable royalty owed to SRDT from Defendants should be trebled on account of willful infringement by Defendants, according to proof and allocation at trial.


## PRAYER FOR RELIEF

**WHEREFORE,** SRDT prays that judgment be entered as follows:

a.   For a determination that the Accused Processes are presumed to infringe the '184 patent pursuant to 35 U.S.C. § 295;

b.   For a determination that the Defendants act together as a single enterprise for purposes of designing, manufacturing, marketing, importing, offering for sale, and/or selling the Accused Products;

c.   Defendants are adjudicated and decreed to have infringed the '184 patent;

d.   Defendants are adjudicated and decreed to have contributed to the

1    infringement of the '184 patent and to have induced others to infringe the '184

2    patent;

3         e.    Defendants are ordered to account for damages adequate to compensate

4    SRDT for the infringement of '184 patent, their contributory infringement of the

5    '184 patent, and their inducement of infringement of the '184 patent, according to

6    proof and allocation at trial, and such damages are awarded to SRDT;

7         f.    Such damages as are awarded are trebled by the Court pursuant to 35

8    U.S.C. § 284 by reason of the willful, wanton, and deliberate nature of the

9    infringement;

10        g.    That this case is decreed an "exceptional case" and SRDT is awarded

11   reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

12        h.    For interest thereon at the legal rate;

13        i.    For costs of suit herein incurred;

14        j.    For such other and further relief as the Court may deem just and proper.

Case No. 08cv00060

1

## **DEMAND FOR JURY TRIAL**

2              SRDT respectfully requests that its claims be tried to a jury.

3

4    DATED this Tuesday, September 02, 2008.

5

6                                        JENS ERIK SORENSEN, as Trustee of
                                         SORENSEN RESEARCH AND DEVELOPMENT
7                                        TRUST, Plaintiff

8
                                         /s/ Melody A. Kramer
9                                        _____
                                         Melody A. Kramer, Esq.
10                                       J. Michael Kaler, Esq.
                                         Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08cv00060

PROOF OF SERVICE

I, Melody A. Kramer, declare:    I am and was at the time of this service working within in the County of San Diego, California.    I am over the age of 18 year and not a party to the within action.    My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Tuesday, September 02, 2008, I served the following documents:

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Roger G. Perkins<br>Angela Kim<br>Kristina M. Pfeifer<br>MORRIS POLICH & PURDY LLP<br>501 West Broadway, Suite 500<br>San Diego, California 92101<br>rperkins@mpplaw.com<br>akim@mpplaw.com<br>kpfeifer@mpplaw.com | Emerson Electric Co.,<br>Ridge Tool Co., and<br>Ridgid, Inc., One World<br>Technologies, Inc. | Email - Pleadings Filed<br>with the Court via ECF |
| Orlando F. Cabanday<br>HENNELLY & GROSSFELD LLP<br>4640 Admiralty Way, Suite 850<br>Marina del Rey, CA 90292<br>Telephone: (310) 305-2100<br>Facsimile: (310) 305-2116<br>ocabanday@hgla.com | Emerson Electric Co.,<br>Ridge Tool Co., and<br>Ridgid, Inc. | Email - Pleadings Filed<br>with the Court via ECF |
| Robert S. Mallin<br>Brinks Hofer Gilson & Lione<br>NBC Tower<br>455 N City Front Plaza Drive<br>Suite 3600<br>Chicago, IL 60611<br>rmallin@brinkshofer.com | Emerson Electric Co.,<br>Ridge Tool Co., and<br>Ridgid, Inc., One World<br>Technologies, Inc. | Email - Pleadings Filed<br>with the Court via ECF |

☐    (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

12.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, September 02, 2008, in San Diego, California.

/s/ Melody A. Kramer

Melody A. Kramer

Case No. 08cv00060