MELODY A. KRAMER, SBN 169984
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
email: mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
email: michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> EMERSON ELECTRIC CO., a Missouri corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware corporation; RIDGE TOOL COMPANY, an Ohio corporation; RIDGID, INC., a Delaware corporation; and DOES 1 – 100 <br> Defendants. <br> _____ <br> and related counterclaims. <br> _____ | Case No. 08cv00060 BTM CAB <br><br> **FOURTH AMENDED NOTICE OF RELATED CASES** |

1    Pursuant to Local Civil Rule 40.1(e), Plaintiff JENS E. SORENSEN, as
2    TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST
3    ("SRDT"), hereby gives FOURTH AMENDED notice of cases related to the present
4    case. Specifically, SRD TRUST gives notice of the following related cases that all
5    arise from alleged infringement of United States Patent Number 4,935,184 ("the '184
6    patent"), whether pending, dismissed, or otherwise terminated:

**JUDGMENT ENTERED**

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. First International Digital, Inc., et al*, Case No. 3:07-cv-5525-JSW, filed October 30, 2007 in the United States District Court for the Northern District of California. Judgment of $500,000.00 has been entered.

**PENDING – NOT STAYED**

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Conair Corporation,* Case No. 08cv1256, filed July 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Phillips Plastics Corp.,* Case No. C08-03094, filed June 26, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. A motion to transfer this case is pending. A request to relate this case to others in the Northern District was denied.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Human Touch LLC, et al,* Case No. 08cv1080, filed June 18, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district

Case No. 08cv00060 BTM CAB

1    judge as other '184 patent cases in the district has already occurred.

2        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

3    *Trust v. Lexar Media, Inc.,* Case No. 5:08-cv-00095-JW, filed January 7, 2008 in the

4    United States District Court for the District of Northern  California. Plaintiff alleges

5    infringement of the '184 patent by Defendants.  A requested stay has already been

6    denied and this case is proceeding towards trial.

7        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

8    *Trust v. Johnson Level  & Tool Mfg. Co., Inc.,* Case No. 3:08-cv-0025-BTM-CAB,

9    filed January 4, 2008 in the United States District Court for the District of Southern

10   California.  Plaintiff  alleges  infringement  of  the  '184  patent  by  Defendants.

11   Assignment to the same district judge as other '184 patent cases in the district has

12   already occurred.

13       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

14   *Trust v. Ampro Tools Corporation,* Case No. 4:08-cv-00096-CW, filed January 7,

15   2008 in the United States District Court for the District of Northern California.

16   Plaintiff alleges infringement of the '184 patent by Defendants.  A default judgment

17   motion is pending.

18       *PowerStation LLC, et al v. Sorensen Research and Development Trust*, Case

19   No. 07-cv-04167-RBH, filed December 31, 2007 in the United States District Court

20   for the District of South Carolina.  Plaintiff seeks declaratory judgment that the '184

21   patent is invalid and not infringed by them, and also makes an unfair trade practices

22   claim.   A Rule 12 motion for transfer for lack of personal jurisdiction is under

23   submission.

24       *Big Lots Stores, Inc. v. Sorensen Research and Development Trust*, Case. No.

25   08cv00506, filed May 23, 2008 in the United States District Court for the Southern

26   District of Ohio.  Plaintiff seeks declaratory judgment that the '184 patent is invalid

27   and not infringed by them.  No summons or complaint have been served, and this

28   case will be the subject of a Rule 12 motion for transfer for lack of personal

jurisdiction.

*Freshlink Product Development, L.L.C. v. Sorensen Research & Development Trust*, Case. No. 08cv05021, filed May 30, 2008 in the USDC for the Southern District of New York. No summons or complaint have been served, and this case will be the subject of a Rule 12 motion for transfer for lack of personal jurisdiction.

*American Safety Razor Co. v. Sorensen Research & Development Trust,* Civil Case No. 07-CV-00730-HHK, filed April 20, 2007, in the United States District Court for the District of Columbia. No summons or complaint have been served, and this case will be the subject of a Rule 12 motion for transfer for lack of personal jurisdiction.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. DMS Holdings, Inc., et al.,* Case No. 08cv559, filed March 25, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Alltrade Tools, LLC., et al.*, Case No. 08cv232, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

## PENDING - STAYED

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Metabo Corporation, et al.*, Case No. 08cv304, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

1    *Trust v. Star Asia, U.S.A., LLC, et al.*, Case No. 08cv307, filed February 15, 2008 in

2    the United States District Court for the District of Southern California. Plaintiff

3    alleges infringement of the '184 patent by Defendants.  Assignment to the same

4    district judge as other '184 patent cases in the district has already occurred.

5        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

6    *Trust v. Kyocera International, Inc., et al.*, Case No. 08cv411, filed March 4, 2008 in

7    the United States District Court for the District of Southern California. Plaintiff

8    alleges infringement of the '184 patent by Defendants.  Assignment to the same

9    district judge as other '184 patent cases in the district has already occurred.

10       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

11   *Trust v. Central Purchasing, LLC, et al.*, Case No. 08cv309, filed February 15, 2008

12   in the United States District Court for the District of Southern California. Plaintiff

13   alleges infringement of the '184 patent by Defendants.  Assignment to the same

14   district judge as other '184 patent cases in the district has already occurred.

15       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

16   *Trust v. Logitech, Inc., et al.*, Case No. 08cv308, filed February 15, 2008 in the

17   United States District Court for the District of Southern California. Plaintiff alleges

18   infringement of the '184 patent by Defendants.  Assignment to the same district

19   judge as other '184 patent cases in the district has already occurred.

20       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

21   *Trust v. Rally Manufacturing, Inc., et al.*, Case No. 08cv302, filed February 15, 2008

22   in the United States District Court for the District of Southern California. Plaintiff

23   alleges infringement of the '184 patent by Defendants.  Assignment to the same

24   district judge as other '184 patent cases in the district has already occurred.

25       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

26   *Trust v. Sunbeam Products, Inc., et al.*, Case No. 08cv306, filed February 15, 2008 in

27   the United States District Court for the District of Southern California. Plaintiff

28   alleges infringement of the '184 patent by Defendants.  Assignment to the same

Case No. 08cv00060 BTM CAB

district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. CTT Tools, Inc., et al.*, Case No. 08cv231, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Global Machinery Company, et al.*, Case No. 08cv233, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Emissive Energy Corp., et al.*, Case No. 08cv234, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Motorola, Inc., et al.,* Case No. 3:08-cv-0136 LAB RBB, filed January 23, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Sanyo North America Corporation, et al.,* Case No. 3:08-cv-0135 DMS POR, filed January 23, 2008 in the  United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

1    *Trust v. Informatics, inc., et al.,* Case No. 3:08-cv-0134-L NLS, filed January 23,
2    2008 in the United States District Court for the District of Southern California.
3    Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the
4    same district judge as other '184 patent cases in the district has already occurred.

5        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
6    *Trust v. Ryobi Technologies, Inc., et al.,* Case No. 3:08-cv-0070-BTM-CAB, filed
7    January 11, 2008 in the United States District Court for the District of Southern
8    California.  Plaintiff alleges infringement of the '184 patent by Defendants.
9    Assignment to the same district judge as other '184 patent cases in the district has
10   already occurred.

11       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
12   *Trust v. Senco Products, Inc.,* Case No. 3:08-cv-0071-BTM-CAB, filed January 11,
13   2008 in the United States District Court for the District of Southern California.
14   Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the
15   same district judge as other '184 patent cases in the district has already occurred.

16       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
17   *Trust v. Emerson Electric Co., et al,* Case No. 3:08-cv-0060-BTM-CAB, filed
18   January 10, 2008 in the United States District Court for the District of Southern
19   California. Plaintiff alleges infringement of the '184 patent by Defendants.
20   Assignment to the same district judge as other '184 patent cases in the district has
21   already occurred.

22       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
23   *Trust v. Energizer Holdings, Inc., et al,* Case No. 3:07-CV-2321-BTM-CAB, filed
24   December 11, 2007 in the United States District Court for the Southern District of
25   California.   Plaintiff alleges infringement of the '184 patent by Defendants.
26   Assignment to the same district judge as other '184 patent cases in the district has
27   already occurred.

28       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

*Trust v. Giant International, Inc., et al*, Case No. 3:07-CV-2121-BTM-CAB, filed November 6, 2007 in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Esseplast (USA) NC, Inc., et al*, Case No. 3:07-cv-2277-BTM-CAB, filed December 4, 2007 in this District. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Helen of Troy Texas Corporation, et al*, Case No. 3:07-cv-2278-BTM-CAB, filed December 4, 2007 in this District. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Digital Networks North America, Inc., et al*, Case No. 3:07-5568-JSW, filed November 1, 2007 in the United States District Court for the Northern District of California. Plaintiff alleges infringement of the '184 patent by Defendants. The Northern District has already reviewed whether this case was related to other '184 patent cases in the Northern District and found it was not.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. The Black & Decker Corporation, et al,* Civil Case No.: 3:06-CV-1572-BTM-CAB, filed August 7, 2006, in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

**SETTLED AND DISMISSED**

*Jens Erik Sorensen as Trustee of the Sorensen Research And Development Trust v. Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B MLS, filed September 18, 2006 in the Southern District of California. The action was settled by the parties, and dismissed.

*Jens Erik Sorensen As Trustee of The Sorensen Research And Development Trust v. Head USA Inc.* Civil Case No.: 06CV1434BTN CAB, filed July 2006 in the Federal District for the Southern District of California. The action was settled by the parties, and dismissed.

*Head USA Inc. v. Jens Erik Sorensen (As Trustee of The Sorensen Research And Development Trust), and Sorensen Research And Development Trust.* Docket No.: 306CV00983, filed June 2006 in the Federal District of Connecticut. The matter was transferred and consolidated with the *Sorensen Research And Development Trust v. Head USA Inc.* action filed in the Southern District of California, Civil Case No.: 06CV1434BTM CAB. The action was later settled by the parties, and dismissed.

*Nordica USA Corp. v. Jens Ole Sorensen, Jens Erik Sorensen, and Sorensen Research and Development Trust.* Docket No. 1:06-cv-91-JM filed March 8, 2006 in the Federal District of New Hampshire. The matter was transferred and consolidated with *Jens Erik Sorensen As Trustee of The Sorensen Research And Development Trust v. Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B MLS, filed in the Southern District of California. The action was later settled by the parties.

*Jens Ole Sorensen, and Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. DaimlerChrysler AG, and Mercedes-Benz USA, LLC.* Civil No. 03-1763 (HAA) filed in the United States District Court for Northern California and transferred to the United States District Court for New Jersey. This matter has been settled and dismissed.

*In the Matter of Certain Automobile Tail Light Lenses And Products Incorporating Same.*   Investigation No. 337-TA-502 filed in the United States International Trade Commission.   The matter was remanded after appeal to the Federal Circuit Court of Appeals, then settled and dismissed.

*Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. Premier Automotive Group, Ford Motor Company, and Jaguar, Ltd.*  Case No. 03-cv-01107, filed March 14, 2003 in the Federal Court for the Northern District of California.  The matter was settled and dismissed.

*Sorensen et al v. International Trade Commission et al.*, 427 F.3d 1375 (Fed. Cir. 2005).  After the Federal Circuit ruled in patentee's favor, the parties settled and dismissed.

## DISMISSED

*DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case No.: 07-CV-02690, filed May 11, 2007, in the United States District Court for the Northern District of Illinois.  This case has been dismissed.  Sorensen filed against DMS Holdings in the United States District Court for Southern California (see above).

*Lowe's Companies, Inc., et al v. Sorensen Research and Development Trust.* Case No. 05-cv-00234 filed July 29, 2005 in the Federal Court for the Western District of North Carolina.  The matter was never served and was dismissed.

*Digital Innovations LLC v. Sorensen Research and Development Trust.*  Case No. 05-cv-06428, filed November 9, 2005 in the Federal Court for the Northern District of Illinois. The matter was never served and was dismissed.

*Big Lots v. Sorensen Research and Development Trust.*  Case No. 2:06-cv-1089, filed December 29, 2006 in the Federal Court for the Southern District of Ohio. The matter was never served and was dismissed.

*Bon-Aire v. Sorensen Research and Development Trust.*  Case No.  07-cv-054-

S, filed January 2007 in the Federal Court for the District of Idaho. The matter was never served and was dismissed.

*Husqvarna Outdoor Products, Inc. v. Sorensen Research and Development Trust.* CIV. NO. CV106-160 in the Federal Court for the Southern District of Georgia on October 30, 2006. The matter was never served and was dismissed.

DATED this Monday, September 15, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer
Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorneys for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Monday, September 15, 2008, I served the following documents:

## FOURTH AMENDED NOTICE OF RELATED CASES

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Roger G. Perkins, Esq<br>Angela Kim, Esq.<br>MORRIS POLICH & PURDY LLP<br>501 West Broadway, Suite 500<br>San Diego, California 92101<br>rperkins@mpplaw.com<br>akim@mpplaw.com | Emerson Electric Co.,<br>Ridge Tool Co., and<br>Ridgid, Inc., One World<br>Technologies, Inc. | Email - Pleadings Filed<br>with the Court via ECF |
| Orlando F. Cabanday<br>HENNELLY & GROSSFELD LLP<br>4640 Admiralty Way, Suite 850<br>Marina del Rey, CA 90292<br>Telephone: (310) 305-2100<br>Facsimile: (310) 305-2116<br>ocabanday@hgla.com | Emerson Electric Co.,<br>Ridge Tool Co., and<br>Ridgid, Inc. | Email - Pleadings Filed<br>with the Court via ECF |
| Robert S. Mallin<br>Brinks Hofer Gilson & Lione<br>NBC Tower<br>455 N City Front Plaza Drive<br>Suite 3600<br>Chicago, IL 60611<br>rmallin@brinkshofer.com | Emerson Electric Co.,<br>Ridge Tool Co., and<br>Ridgid, Inc., One World<br>Technologies, Inc. | Email - Pleadings Filed<br>with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

12.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Monday, September 15, 2008, in San Diego, California.

/s/ Melody A. Kramer
Melody A. Kramer

Case No. 08cv00060 BTM CAB